# Exhibit 1









