# Exhibit 3

Sign In   Create Account

# BLEEPING COMPUTER.COM
FROM A BLEEPING COMPUTER TO A WORKING COMPUTER

Search...   This topic

- BleepingComputer.com
- Forums
- Members
- Tutorials
- Startup List
- More
- Forum Rules
- View New Content

BleepingComputer.com → General Topics → BleepingComputer Announcements, Comments, & Suggestions

**Register a free account to unlock additional features at BleepingComputer.com**

Welcome to **BleepingComputer**, a free community where people like yourself come together to discuss and learn how to use their computers. Using the site is easy and fun. As a guest, you can browse and view the various discussions in the forums, but can not create a new topic or reply to an existing one unless you are logged in. Other benefits of registering an account are subscribing to topics and forums, creating a blog, and having **no ads** shown anywhere on the site.

**Click here to Register a free account now!** or read our **Welcome Guide** to learn how to use this site.

## New Advisor--quietman7
Started by Papakid , Mar 21 2006 10:06 AM

Page 1 of 2   1   2   NEXT

Please log in to reply

15 replies to this topic

### Papakid                                                                                              #1

Guru at being a Newbie

Posted 21 March 2006 - 10:06 AM

Quietman7 has quietly been added to the staff here at BC as an advisor. Now we can **shout a warm welcome!!!!**

Congratulations, welcome, and thanks for becoming an even larger asset for BC! :)

**Malware Response Team**
6,207 posts
OFFLINE

Gender: Male
Local time: 05:31 PM

And I may be obliged to defend
Every love every ending
Or maybe there's no obligations now,
Maybe I've a reason to believe
We all will be received
In Graceland--Paul Simon

↑ Back to top

### BC AdBot (Login to Remove)

BleepingComputer.com
Register to remove ads

### Grinler                                                                                              #2

Lawrence Abrams

Posted 21 March 2006 - 10:13 AM

Congrats quietman. First I want to thank you for accepting the position and second I want to wish you a big welcome :)



**Admin**
41,936 posts
OFFLINE

Gender: Male
Location: USA
Local time: 06:31 PM

**Lawrence Abrams**

Become a BleepingComputer fan: **Facebook**
**Follow us on Twitter!**
**Hang with us on LockerDome**
**Circle BleepingComputer on Google+!**

**How to detect vulnerable programs using Secunia Personal Software Inspector** <- Everyone should do this!
**Simple and easy ways to keep your computer safe and secure on the Internet** <- Everyone must read this!

⬆ Back to top

---

**acklan**   #3

Bleepin' cat's meow



Members
8,529 posts
OFFLINE

Gender: Not Telling
Location: Baton Rouge, La.
Local time: 06:31 PM

Posted 21 March 2006 - 10:18 AM

Congratulations **quietman7**. Good to have you on the team.

---

"2007 & 2008 Windows Shell/User Award"

⬆ Back to top

---

**Pandy**   #4

Bleepin'

Members
9,559 posts
OFFLINE

Gender: Female
Local time: 07:31 PM

Posted 21 March 2006 - 10:38 AM

Quietman7!! I would just like to thank you so very much for accepting us at BC, for taking part and contributing so much here. 🙂 🙂

---

**Do not anticipate trouble, or worry about what may never happen. Keep in the sunlight.
Hide not your talents. They for use were made. What's a sundial in the shade?
~ Benjamin Franklin
I am a Bleeping Computer fan! Are you?
Facebook
Follow us on Twitter**

⬆ Back to top

---

**rms4evr**   #5

Members
812 posts
OFFLINE

Posted 21 March 2006 - 11:46 AM

Congrats on your promotion, quietman7!!! 

Gender: Female
Location: East Coast
Local time: 07:31 PM

⬆ Back to top

## -David-                                                                 #6 ⤴



Posted 21 March 2006 - 11:49 AM

Hi **quietman7**!! What a superb choice and i warmly welcome you to the team - thanks for using your expertise to help others, and i hope you continue doing so! You are an asset to *BleepingComputer*, and thanks for all the wonderful security news you have given us.
David

Members
10,603 posts
 OFFLINE

Gender: Male
Location: London
Local time: 12:31 AM

⬆ Back to top

## jgweed                                                                  #7 ⤴

Posted 21 March 2006 - 12:15 PM

I am always pleased to see someone of your talents receive a well-deserved recognition, Quietman7, and want to add my thanks, as well, for all that you contribute towards making BC what it is.
Congratulations.
John

---

**Whereof one cannot speak, thereof one should be silent.**

Staff Emeritus
28,473 posts
OFFLINE

Gender: Male
Location: Chicago, Il.
Local time: 06:31 PM

⬆ Back to top

## quietman7                                                               #8 ⤴

Bleepin' Janitor



Posted 21 March 2006 - 12:26 PM

Thanks everyone for the warm welcome. It is a pleasure to be part of the BC staff and I look forward to working with you all. 

Best regards
QM7 (Russ)

---

**Microsoft MVP - Consumer Security 2007-2015** 

**Member of UNITE**, Unified Network of Instructors and Trusted Eliminators

**Global Moderator**
40,853 posts
ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:31 PM

⬆ Back to top

## Scarlett                                                                #9 ⤴

Bleeping Diva



Members
7,479 posts
OFFLINE

Gender: Female
Location: As always I'm beside myself ;)
Local time: 06:31 PM

Posted 21 March 2006 - 01:47 PM

quietman, I am just so very pleased that you have accepted.

Welcome to the staff.



⬆ Back to top

### stonangel #10



Members
595 posts
OFFLINE

Location: France
Local time: 01:31 AM

Posted 21 March 2006 - 02:20 PM

Congrats quietman7. Well deserved

 

Olivier

⬆ Back to top

### quietman7 #11

Bleepin' Janitor



**Global Moderator**
40,853 posts
ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:31 PM

Posted 21 March 2006 - 02:32 PM

Thank you Scarlett and Olivier.

**Microsoft MVP - Consumer Security 2007-2015** 

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

⬆ Back to top

### Joshuacat #12

01001010 01000011



**BC Advisor**

Posted 21 March 2006 - 06:42 PM

Congrats!!

**JC**

1,950 posts

OFFLINE

**Gender:** Male
**Location:** Ontario, Canada
**Local time:** 07:31 PM

⬆ Back to top

---

### KoanYorel   #13

Bleepin' Conundrum



Staff Emeritus
19,461 posts

OFFLINE

Posted 21 March 2006 - 08:03 PM

Thanks again **Quietman7** for all you do here at the BC!

Congrats!

---

The only easy day was yesterday.

...some do, some don't; some will, some won't (WR)

**Gender:** Male
**Location:** 65 miles due East of the &quot;Logic Free Zone&quot;, in Md, USA
**Local time:** 07:31 PM

⬆ Back to top

---

### phawgg   #14

Learning Daily



Members
4,543 posts

OFFLINE

Posted 21 March 2006 - 08:26 PM

As I stumble ever onward gaining information,
it's nice to know quiet words of caution,
calculated appraisals and advice to
others will continue now, with
**Quietman7 BC Advisor**
ever watchful to help.

Thank You! 

---

patiently patrolling, plenty of persisant pests n' problems ...

**Location:** Washington State, USA
**Local time:** 03:31 PM

⬆ Back to top

---

### John L   #15

Posted 21 March 2006 - 11:55 PM

Congrats Quietman7 

---

**Please be patient**

Please do not private message me, they will be ignored. If you have a question post it on the board.



Members
90 posts

OFFLINE

**Local time:** 07:31 PM

New Advisor--quietman7 - BleepingComputer Announcements, Comments, & Suggestions

↑ Back to top

Page 1 of 2   **1**   2   **NEXT**

Back to BleepingComputer Announcements, Comments, & Suggestions

**0 user(s) are reading this topic**
0 members, 0 guests, 0 anonymous users

BleepingComputer.com → General Topics → BleepingComputer Announcements, Comments, & Suggestions

Rules · Privacy Policy

Help

| Advertise | About Us | User Agreement | Privacy Policy | Sitemap | Chat | RSS Feeds | Contact Us |

Tech Support Forums | Virus Removal Guides | Downloads | Tutorials | The Computer Glossary | Uninstall List | Startups | The File Database

© 2004-2015 All Rights Reserved **Bleeping Computer LLC** .
Site Changelog

Community Forum Software by IP.Board