# Exhibit 4

Sign In    Create Account

# BLEEPING COMPUTER.COM
FROM A BLEEPING COMPUTER TO A WORKING COMPUTER

Search...   This topic

- BleepingComputer.com
- Forums
- Members
- Tutorials
- Startup List
- More
- Forum Rules
- View New Content

BleepingComputer.com → General Topics → BleepingComputer Announcements, Comments, & Suggestions

**Register a free account to unlock additional features at BleepingComputer.com**

Welcome to **BleepingComputer**, a free community where people like yourself come together to discuss and learn how to use their computers. Using the site is easy and fun. As a guest, you can browse and view the various discussions in the forums, but can not create a new topic or reply to an existing one unless you are logged in. Other benefits of registering an account are subscribing to topics and forums, creating a blog, and having **no ads** shown anywhere on the site.

**Click here to Register a free account now!** or read our **Welcome Guide** to learn how to use this site.

## Big Thank You To Our Newest Global, Quietman7
Started by Grinler , Sep 18 2007 09:58 AM

Page 1 of 2   **1**   2   NEXT

Please log in to reply

28 replies to this topic

### Grinler                                                                 #1

**Lawrence Abrams**                    Posted 18 September 2007 - 09:58 AM

I just wanted to thank Quietman7 for accepting the sentence, I mean position, of Global Moderator here at BC. Thanks again for everything you do here.

**Admin**
41,936 posts                            **Lawrence Abrams**
OFFLINE
                                        Become a BleepingComputer fan: **Facebook**
                                        **Follow us on Twitter!**
                                        **Hang with us on LockerDome**
                                        **Circle BleepingComputer on Google+!**

Gender: Male                            **How to detect vulnerable programs using Secunia Personal Software Inspector** <- Everyone should do this!
Location: USA                           **Simple and easy ways to keep your computer safe and secure on the Internet** <- Everyone must read this!
Local time: 06:34 PM

↑ Back to top

### BC AdBot (Login to Remove)

BleepingComputer.com
Register to remove ads

### KoanYorel                                                              #2

Bleepin' Conundrum            Posted 18 September 2007 - 10:08 AM



**Staff Emeritus**
19,461 posts
OFFLINE

Gender: Male
Location: 65 miles due East of the &quot;Logic Free Zone&quot;, in Md, USA
Local time: 07:34 PM

Congrats QM7!

Thanks for all your hard work here on the BC.

BTW - you do understand you've now given up all your "civil rites" now?
(that's not a misspelling above.)

The only easy day was yesterday.

...some do, some don't; some will, some won't (WR)

⬆ Back to top

## jhsmurray    #3 🔗



**Members**
383 posts
OFFLINE

Location: 6,378 km above the Earth's core
Local time: 07:34 PM

Posted 18 September 2007 - 10:10 AM

Congrats, **Quietman7**! 😳

Acer Aspire 5732z
OS: Windows 7 Ultimate
Processor: Intel Pentium III Xeon, 2200 MHz
RAM: 3 GB
Display: Mobile Intel GMA 4500M

⬆ Back to top

## jgweed    #4 🔗



**Staff Emeritus**
28,473 posts
OFFLINE

Gender: Male
Location: Chicago, Il.
Local time: 06:34 PM

Posted 18 September 2007 - 10:20 AM

Congratulations and thanks for accepting the position (life sentence).
John

**Whereof one cannot speak, thereof one should be silent.**

⬆ Back to top

## DSTM    #5 🔗

"Bleepin' Aussie Addict"

Posted 18 September 2007 - 10:21 AM

Congratulations **'Quietman7'** on your well deserved Promotion. 😳

Big Thank You To Our Newest Global, Quietman7 - BleepingComputer Announcements, Comments, & Suggestions



Members
2,649 posts

OFFLINE

Gender: Male
Location: SYDNEY-AUSTRALIA
Local time: 10:34 AM

Back to top

---

### quietman7 #6

Bleepin' Janitor



**Global Moderator**
40,854 posts

ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:34 PM

Posted 18 September 2007 - 10:39 AM

Thanks everyone and thanks Grinler for offering the sentence...grrr...I mean position. There are not many sites who will give an ex-cop, now a "**Bleepin' Janitor**" the keys to the kingdom. Usually I only get the keys to the broom closet and back door so I can take out the trash. 

Microsoft MVP - Consumer Security 2007-2015

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

Back to top

---

### lusitano #7

Portuguese Malware Fighter



Members
1,443 posts

OFFLINE

Gender: Male
Location: Portugal

Posted 18 September 2007 - 11:31 AM

Congratulations 'Quietman7' on your well deserved Promotion. 


Please do not PM me asking for support.
Please be courteous, polite, and say thank you.
**Please post the final results, good or bad. We like to know!**

Back to top

---

### Yourhighness #8

The BSG Malware Fighter



**Malware Response Team**

Posted 18 September 2007 - 12:21 PM

Thanks and congrats QM7 

"**How did I get infected?**" - "**Safe-hex**" - Member of **UNITE** -

7,943 posts
OFFLINE

**Gender:** Male
**Location:** Hamburg
**Local time:** 01:34 AM

↑ Back to top

---

## oldf@rt    #9

Posted 18 September 2007 - 12:29 PM

Congratulations!.

The name says it all -- 59 and holding permanently

**WARNING** Links I provide might cause brain damage

Members
2,609 posts
OFFLINE

**Gender:** Male
**Location:** Avondale, Arizona USA
**Local time:** 04:34 PM

↑ Back to top

---

## DASOS    #10

Malware hunter

Posted 18 September 2007 - 12:48 PM

Thank you!!!!!!!!!!!!**quietman7** 😳

Stelios

Stelios

[BleepingComputer Facebook](#)
**Stelios-DASOS & Black_Swan security info**
paper li

Security Colleague
1,662 posts
OFFLINE

**Gender:** Male
**Location:** Greece loutraki 6 km from korinth canal
**Local time:** 01:34 AM

[UNITE - Unified Network of Instructors and Trusted Eliminators]

↑ Back to top

---

## Falu    #11

Posted 18 September 2007 - 01:35 PM

Congrats quietman7, 😊

and thanks a lot for looking after BC!! 😳



Security Colleague

3,001 posts
OFFLINE

Gender: Male
Location: The Netherlands
Local time: 06:34 PM

↑ Back to top

---

**boopme**  #12

To Insanity and Beyond

Posted 18 September 2007 - 03:09 PM

Congrats Quietman7.... an excellent choice

**How do I get help? Who is helping me?**
For the time will come when men will not put up with sound doctrine. Instead, to suit their own desires, they will gather around them a great number of teachers to say what their itching ears want to hear....
Become a BleepingComputer fan: Facebook Have you seen..**Select Real Security**

**Global Moderator**
65,148 posts
OFFLINE

Gender: Male
Location: NJ USA
Local time: 06:34 PM

↑ Back to top

---

**-David-**  #13

Posted 18 September 2007 - 03:24 PM

Congratulations **quietman**! Well done... 

Members
10,603 posts
OFFLINE

Gender: Male
Location: London
Local time: 12:34 AM

↑ Back to top

---

**rigel**  #14

FD-BC

Posted 18 September 2007 - 03:27 PM

Congratulations QM7 - Great choice!

"In a world where you can be anything, be yourself." ~ unknown
"Fall in love with someone who deserves your heart. Not someone who plays with it. – Will Smith

**BC Advisor**
12,944 posts
OFFLINE

Gender: Male
Location: South Carolina - USA
Local time: 07:34 PM

Back to top

quietman7 #15

Bleepin' Janitor

Global Moderator
40,854 posts
ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:34 PM

Posted 18 September 2007 - 05:24 PM

Thank you all for the kind words.

---

**Microsoft MVP - Consumer Security 2007-2015**

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

Back to top

Page 1 of 2 **1** 2 NEXT

Back to BleepingComputer Announcements, Comments, & Suggestions

**0 user(s) are reading this topic**
0 members, 0 guests, 0 anonymous users

BleepingComputer.com → General Topics → BleepingComputer Announcements, Comments, & Suggestions

Rules · Privacy Policy

Help

Advertise | About Us | User Agreement | Privacy Policy | Sitemap | Chat | RSS Feeds | Contact Us
Tech Support Forums | Virus Removal Guides | Downloads | Tutorials | The Computer Glossary | Uninstall List | Startups | The File Database

© 2004-2015 All Rights Reserved **Bleeping Computer LLC** .
Site Changelog

Community Forum Software by IP.Board

