# Exhibit 4

Facebook  Twitter        Sign In    Create Account

# BLEEPING
# COMPUTER.COM
FROM A BLEEPING COMPUTER TO A WORKING COMPUTER

Search...    | This topic |    🔍    ⚙

BleepingComputer.com | **Forums** | Members | Tutorials | Startup List | More ▾        Forum Rules | View New Content | 📍

BleepingComputer.com → General Topics → BleepingComputer Announcements, Comments, & Suggestions

**Register a free account to unlock additional features at BleepingComputer.com**

Welcome to **BleepingComputer**, a free community where people like yourself come together to discuss and learn how to use their computers. Using the site is easy and fun. As a guest, you can browse and view the various discussions in the forums, but can not create a new topic or reply to an existing one unless you are logged in. Other benefits of registering an account are subscribing to topics and forums, creating a blog, and having **no ads** shown anywhere on the site.

**Click here to Register a free account now!** or read our **Welcome Guide** to learn how to use this site.

## Big Thank You To Our Newest Global, Quietman7
Started by Grinler , Sep 18 2007 09:58 AM

Page 1 of 2    **1**    2    **NEXT**

Please log in to reply

**28 replies to this topic**

### Grinler                                                                      #1  ⟨

Lawrence Abrams

**Admin**
41,936 posts
**OFFLINE**

Gender: Male
Location: USA
Local time: 06:34 PM

Posted 18 September 2007 - 09:58 AM

I just wanted to thank Quietman7 for accepting the sentence, I mean position, of Global Moderator here at BC. Thanks again for everything you do here.

Lawrence Abrams

Become a BleepingComputer fan: **Facebook**
**Follow us on Twitter!**
**Hang with us on LockerDome**
**Circle BleepingComputer on Google+!**

**How to detect vulnerable programs using Secunia Personal Software Inspector** <- Everyone should do this!
**Simple and easy ways to keep your computer safe and secure on the Internet** <- Everyone must read this!

⬆ Back to top

### BC AdBot (Login to Remove)

BleepingComputer.com
**Register to remove ads**

### KoanYorel                                                                    #2  ⟨

Bleepin' Conundrum        Posted 18 September 2007 - 10:08 AM



**Staff Emeritus**
19,461 posts

`OFFLINE`

Gender: Male
Location: 65 miles due East of the &quot;Logic Free Zone&quot;, in Md, USA
Local time: 07:34 PM

Congrats QM7!

Thanks for all your hard work here on the BC.

BTW - you do understand you've now given up all your "civil rites" now?
(that's not a misspelling above.)

The only easy day was yesterday.

...some do, some don't; some will, some won't (WR)

⇧ Back to top

---

**jhsmurray**                                                                                #3 ⤴



**Members**
383 posts

`OFFLINE`

Location: 6,378 km above the Earth's core
Local time: 07:34 PM

Posted 18 September 2007 - 10:10 AM

Congrats, **Quietman7**! 🙄

Acer Aspire 5732z
OS: Windows 7 Ultimate
Processor: Intel Pentium III Xeon, 2200 MHz
RAM: 3 GB
Display: Mobile Intel GMA 4500M

⇧ Back to top

---

**jgweed**                                                                                  #4 ⤴



**Staff Emeritus**
28,473 posts

`OFFLINE`

Gender: Male
Location: Chicago, Il.
Local time: 06:34 PM

Posted 18 September 2007 - 10:20 AM

Congratulations and thanks for accepting the position (life sentence).
John

**Whereof one cannot speak, thereof one should be silent.**

⇧ Back to top

---

**DSTM**                                                                                    #5 ⤴

"Bleepin' Aussie Addict"

Posted 18 September 2007 - 10:21 AM

Congratulations **'Quietman7'** on your well deserved Promotion. 🙄



Members
2,649 posts

OFFLINE

Gender: Male
Location: SYDNEY-
AUSTRALIA
Local time: 10:34 AM

⇧ Back to top

---

**quietman7**                                                                   #6 ⏏

Bleepin' Janitor



**Global Moderator**
40,854 posts

ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:34 PM

Posted 18 September 2007 - 10:39 AM

Thanks everyone and thanks Grinler for offering the sentence...grrr...I mean position. There are not many sites who will give an ex-cop, now a **"Bleepin' Janitor"** the keys to the kingdom. Usually I only get the keys to the broom closet and back door so I can take out the trash. 

**Microsoft MVP - Consumer Security 2007-2015**

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

⇧ Back to top

---

**lusitano**                                                                   #7 ⏏

Portuguese Malware Fighter



Members
1,443 posts

OFFLINE

Gender: Male
Location: Portugal

Posted 18 September 2007 - 11:31 AM

Congratulations 'Quietman7' on your well deserved Promotion. 😊



Please do not PM me asking for support.
Please be courteous, polite, and say thank you.
**Please post the final results, good or bad. We like to know!**

⇧ Back to top

---

**Yourhighness**                                                                #8 ⏏

The BSG Malware Fighter



**Malware Response Team**

Posted 18 September 2007 - 12:21 PM

Thanks and congrats QM7 😊

"**How did I get infected?**" - "**Safe-hex**" - Member of **UNITE** -
proud member of Bleeping Computer                    **The Bleeping Silly German**

7,943 posts

OFFLINE

Gender: Male
Location: Hamburg
Local time: 01:34 AM

⬆ Back to top

---

## oldf@rt                                                                #9 ⤴

Posted 18 September 2007 - 12:29 PM

Congratulations!.

The name says it all -- 59 and holding permanently

**WARNING** Links I provide might cause brain damage

Members
2,609 posts

OFFLINE

Gender: Male
Location: Avondale, Arizona
USA
Local time: 04:34 AM

⬆ Back to top

---

## DASOS                                                                 #10 ⤴

Malware hunter

Posted 18 September 2007 - 12:48 PM

Thank you!!!!!!!!!!!**quietman7** 😳

Stelios

Security Colleague
1,662 posts

OFFLINE

Gender: Male
Location: Greece loutraki 6
km from korinth canal
Local time: 01:34 AM

Stelios

BleepingComputer Facebook
**Stelios-DASOS & Black_Swan security info**
paper li

UNITE
Unified Network of Instructors
and Trusted Eliminators

⬆ Back to top

---

## Falu                                                                  #11 ⤴

Posted 18 September 2007 - 01:35 PM

Congrats quietman7, 😊

and thanks a lot for looking after BC!! 😳

Security Colleague

3,001 posts

OFFLINE

Gender: Male
Location: The Netherlands
Local time: 06:34 PM

⬆ Back to top

## boopme    #12 ⤴

To Insanity and Beyond



**Global Moderator**
65,148 posts

OFFLINE

Gender: Male
Location: NJ USA
Local time: 06:34 PM

Posted 18 September 2007 - 03:09 PM

Congrats Quietman7.... an excellent choice

How do I get help? Who is helping me ?

For the time will come when men will not put up with sound doctrine. Instead, to suit their own desires, they will gather around them a great number of teachers to say what their itching ears want to hear....
Become a BleepingComputer fan: Facebook Have you seen..Select Real Security

⬆ Back to top

## -David-    #13 ⤴



Members
10,603 posts

OFFLINE

Gender: Male
Location: London
Local time: 12:34 AM

Posted 18 September 2007 - 03:24 PM

Congratulations **quietman**! Well done... 

⬆ Back to top

## rigel    #14 ⤴

FD-BC



**BC Advisor**
12,944 posts

OFFLINE

Gender: Male
Location: South Carolina -
USA
Local time: 07:34 PM

Posted 18 September 2007 - 03:27 PM

Congratulations QM7 - Great choice!

"In a world where you can be anything, be yourself." ~ unknown
"Fall in love with someone who deserves your heart. Not someone who plays with it. – Will Smith

⬆ Back to top

## quietman7                                                                    #15  ⬏

Bleepin' Janitor

**Global Moderator**
40,854 posts

`ONLINE`

Gender: Male
Location: Virginia, USA
Local time: 06:34 PM

Posted 18 September 2007 - 05:24 PM

Thank you all for the kind words. 😊

**Microsoft MVP - Consumer Security 2007-2015**

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

⬆ Back to top

Page 1 of 2   **1**   2   [ NEXT ]

Back to BleepingComputer Announcements, Comments, & Suggestions

**0 user(s) are reading this topic**
0 members, 0 guests, 0 anonymous users

BleepingComputer.com   →   General Topics   →   BleepingComputer Announcements, Comments, & Suggestions

Rules · Privacy Policy

Help

⬆

Advertise  |  About Us  |  User Agreement  |  Privacy Policy  |  Sitemap  |  Chat  |  RSS Feeds  |  Contact Us

Tech Support Forums  |  Virus Removal Guides  |  Downloads  |  Tutorials  |  The Computer Glossary  |  Uninstall List  |  Startups  |  The File Database

© 2004-2015 All Rights Reserved **Bleeping Computer LLC** .
Site Changelog

Community Forum Software by IP.Board