# Exhibit 5

Sign In    Create Account

# BLEEPING COMPUTER.COM
FROM A BLEEPING COMPUTER TO A WORKING COMPUTER

Search...    This topic

- BleepingComputer.com
- Forums
- Members
- Tutorials
- Startup List
- More
- Forum Rules
- View New Content

BleepingComputer.com → Security → Anti-Virus, Anti-Malware, and Privacy Software

**Register a free account to unlock additional features at BleepingComputer.com**

Welcome to **BleepingComputer**, a free community where people like yourself come together to discuss and learn how to use their computers. Using the site is easy and fun. As a guest, you can browse and view the various discussions in the forums, but can not create a new topic or reply to an existing one unless you are logged in. Other benefits of registering an account are subscribing to topics and forums, creating a blog, and having **no ads** shown anywhere on the site.

**Click here to Register a free account now!** or read our **Welcome Guide** to learn how to use this site.

## spyhunter vs malwarebytes vs iobit
Started by khafan11 , Sep 28 2014 05:55 AM

Page 1 of 2   1   2   NEXT                                    Please log in to reply

27 replies to this topic

### khafan11                                                                           #1

Members
11 posts
OFFLINE

Local time: 03:07 AM

Posted 28 September 2014 - 05:55 AM

hi

i have Avira internet security i want to install anti Malware , spy too

i test this three soft spyhunter and malwarebytes and iobit  but i have problem with each of These . malwarebytes  its make system too slow !! spyhunter use more of 250mb Ram and i dont trust that :d ........

whats your Recommend ?

↑ Back to top

### BC AdBot (Login to Remove)



BleepingComputer.com
Register to remove ads

### Condobloke                                                                        #2

Outback Aussie @ 33.0886° S, 147.1494° E

Posted 28 September 2014 - 07:02 AM

G'day khafan11, and Welcome to BC.



Members
3,619 posts

ONLINE

Gender: Male
Local time: 10:37 AM

...download from HERE

If your system is running slowly, it is not the fault of malwarebytes....you may have other problems....

iobit is garbage.

spyhunter is no longer recommended by BC

if you are having problems with your PC, please describe those problems to me

Condobloke

Outback Australian

**Self-deception** is a process of denying or rationalizing away the relevance, significance, or importance of opposing evidence and logical argument. Self-deception involves convincing oneself of a truth (or lack of truth) so that one does not reveal any self-knowledge of the deception

"If you find yourself at the bottom of a deep hole holding a spade and wondering how you got there, the solution is not to keep digging

⬆ Back to top

## quietman7

#3

Bleepin' Janitor



**Global Moderator**
40,854 posts

ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:37 PM

Posted 28 September 2014 - 07:35 AM

**SpyHunter** by *Enigma Software Group USA, LLC* is a program that was previously listed as a **rogue product** on the Rogue/Suspect Anti-Spyware Products List because of the company's history of employing **aggressive and deceptive advertising** [1]. It has since been delisted but some users have reported they still engage in deceptive advertising [2]. Newer versions of SpyHunter install it's own "Compact OS" and uses Grub4Dos loader [3] to execute on boot up. The user no longer sees the normal Windows boot menu but instead sees the GRUB menu. In some cases this has caused the computer to go into a continuous loop or experience other issues when attempting to boot. [4],

Unfortunately, AV-Test has not included SpyHunter in their comprehensive testing analysis. If Enigmasoftware's SpyHunter was included, which we hope they attempt to do so, we would get a much clearer picture as to how it compares to other anti-spyware programs in terms of protection, detection, repair and usability.

While there are mixed reviews for SpyHunter, some good and some bad, my main concern is the reports by customers of deceptive pricing, continued demands for payment after requesting a refund, lack of adequate customer support, removal (uninstall) problems and various other issues with their computer as a result of using this product [6]. For example, some users are not aware that when purchasing SpyHunter, they have **agreed to a subscription service with an automatic renewal policy** [6]. This information is in fine print at the bottom of the SpyHunter Purchase Agreement.

> **Quote**
>
> SpyHunter is a 6 month subscription spyware detection/removal service. By making this purchase, customers agree, for their convenience, to be autorenewed every 6 months in order to receive ongoing spyware protection, definition & program updates, custom fixes to their specific spyware problems, and advanced technical support from our Spyware-Helpdesk. You will receive an e-mail notification to opt-out, if you do not wish to be autorenewed.

You may want to read some of the user comments posted on the Complaints Board: Enigma Software Group Spyhunter Complaints & Reviews to see why there are so many concerns regarding this product.

Further, when searching for new malware or malware removal assistance (and removal guides) on the Internet, **it is not unusual to find numerous hits from untrustworthy** sites that provide inadequate removal instructions and then offer a tool that a visitor must purchase before it removes anything. These sites recommend a pay-to-clean program,

rather than a free-to-clean program, because the site owner will make a commission on the sale of the program. **SpyHunter** (SpyHunter-Installer.exe) is one of the most common removal tools pushed by these sites.

- SpyHunter - Fake security blogs

**SpyHunter is not classified as malware** or rogue security software and other antivirus and antimalware vendors do not target it for removal. Those security vendors which have tried in the past received threats of legal action for attempting to do so or agreed to legal settlements as a result of litigation brought forth by Enigma Software [7]. See this Table of Threats and Demands which identifies Enigma as one of the companies to make repeated "*Cease and Desist*" demands against those companies which detect, remove, and/or criticize their product. Enigma also appears to consider online community security sites as competitors for evaluating legal options...see Enigma Software, A Mystery?

In my opinion SpyHunter is a **dubious program** with a high rate of false positives [2]. If you have downloaded and scanned with SpyHunter, **detection results should be analyzed carefully** before you remove anything. Based on this information, it is in my opinion that you remove this program and **replace it with highly regarded alternatives such as** Malwarebytes Anti-Malware [8] or Emsisoft Anti-Malware [9].

If you want to **uninstall SpyHunter, then use the guides and information below to help you**...

The correct way to remove SpyHunter per the vendor, Enigma Software Group, is from within its program group Uninstall shortcut in Start Menu > All Programs or by using Programs and Features (Add/Remove Programs) in Control Panel.

- How to Uninstall SpyHunter

Alternatively, you can use a third-party utility like Revo Uninstaller.

Note: Sometimes the uninstall works more effectively if you first ***stop and disable the program's service*** (and associated processes) or perform the removal in safe mode so there are less processes which can interfere with the uninstallation.

**SpyHunter4** creates the following **scheduled task** which should be disabled/removed before uninstalling.

```
SpyHunter4Startup "C:\Program Files\Enigma Software Group\SpyHunter\Spyhunter4.exe" /s
```

- How To Enable, Disable or Delete a Task
- Cancel or Delete Scheduled Tasks in Windows

If you have AutoRuns or CCleaner installed, you can also use those tools to disable and remove tasks.

*Some users have reported that you may need to open Windows Explorer, navigate to the following location, look for and delete a SpyHunter related file named* **SHSetup.exe** *before uninstalling from Programs and Features (Add/Remove Programs) in Control Panel.*
*-- **XP**: C:\Documents and Settings\<user name>\Local Settings\Temp*
*-- **Vista, Windows 7/8**: C:\Users\<user name>\AppData\Local\Temp*

---

If the suggested removal methods fail...then you need to Contact ESG Technical Support Team and submit a ticket.

* How to Submit a Customer Support Ticket

Submitting support tickets is only for customers who purchased ESG products. If you are not a paid customer or not able to logon to their members section, you can try contacting ESG through the Inquiries & Feedback page.

If you feel that that SpyHunter or the developer has engaged in deceptive marketing, then I also suggest you write about your issues on the Complaints Board: Enigma Software Group Spyhunter Complaints & Reviews **and send**

**Enigma an email** (complaints@enigmasoftware.com). If you read through those comments, you will notice that Enigma Representatives will respond to those making complaints.

> **Quote**
>
> I am the Vice President of Technical Support and Research at Enigma Software Group. I read the post above and I would like to let you know that we have an email specifically for complaints. You or anyone can submit a complaint and I can assure you that we will find a suitable solution for any problem that is related to SpyHunter or to our service. **If you have any questions or complaints**, please **send us an email** to **complaints@enigmasoftware.com**. I personally read all emails from that account. At Enigma Software Group, we work hard to maintain the best level of service and make sure that every customer becomes a satisfied customer.
>
> Regards,
> Alec Malaspina
> Enigma Software Group USA, LLC.

I have referred several other members to follow the above instructions and all were successfully assisted by ESG Tech Support with removing SpyHunter.

**References:**

1. http://spywarewarrior.com/de-listed.htm#sh_note
2. https://www.mywot.com/en/scorecard/enigmasoftware.com
3. http://www.bleepstatic.com/fhost/uploads/4/spyhunter-grub.jpg
4. http://www.complaintsboard.com/complaints/spyhunter-software-powder-springs-georgia-c79333.html
5. http://www.bleepingcomputer.com/forums/t/570220/spyhunter-keep-pc-in-a-boot-loop-state/
6. http://www.complaintsboard.com/complaints/enigma-software-group-spyhunter-c262520.html
7. http://www.benedelman.org/spyware/threats/
8. https://www.mywot.com/en/scorecard/malwarebytes.org
9. https://www.mywot.com/en/scorecard/emsisoft.com

---

**Microsoft MVP - Consumer Security 2007-2015**

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

↑ Back to top

---

### quietman7                                                        #4

**Bleepin' Janitor**



**Global Moderator**
40,854 posts
ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:37 PM

Posted 28 September 2014 - 07:36 AM

In regards to **IOBit** (EvonSoft.com) products, please read:

- Malwarebytes accuses IOBits of stealing their programs malware definitions
- IOBit's Denial of Theft Unconvincing, IOBits piracy
- IOBit Theft Conclusion
- IObit: Trusting Your Antivirus Vendor

.
PC Mag: IObit Security 360 Review

> **Quote**
>
> Poor malware removal left many executables, some actually still running. Poor malware blocking did not prevent installation of malware...it just doesn't do the job of removing malware or preventing malware installation.

.
Although, the Malwarebytes team no longer has an issue with IObit, the vendor's dubious methods would not warrant a recommendation from me to use or trust their software. Further, IOBIT has even been placed into the Installers Hall

of Shame.

**Microsoft MVP - Consumer Security 2007-2015**

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

⇡ Back to top

---

### khafan11                                                                 #5 ⤴

**TOPIC STARTER**

Posted 28 September 2014 - 11:22 AM

thanks for your Description

i back to malwarebytes , and disable real-time protection : malware protection

works fine and system not slow !!            i should enable this options , right ?

Members
11 posts
OFFLINE

⚠ Edited by khafan11, 28 September 2014 - 11:23 AM.

Local time: 03:07 AM

⇡ Back to top

---

### quietman7                                                                #6 ⤴

Bleepin' Janitor

Posted 28 September 2014 - 04:07 PM

Are you saying that you have disabled the real-time protection module in Malwarebytes Premium (Pro)? If so, you are losing it's primary benefits.

**Microsoft MVP - Consumer Security 2007-2015**

**Global Moderator**
40,854 posts
ONLINE

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

Gender: Male
Location: Virginia, USA
Local time: 06:37 PM

⇡ Back to top

---

### khafan11                                                                 #7 ⤴

**TOPIC STARTER**

Posted 28 September 2014 - 04:35 PM

> quietman7, on 28 Sept 2014 - 1:07 PM, said:
>
> Are you saying that you have disabled the real-time protection module in Malwarebytes Premium (Pro)? If so, you are losing it's primary benefits.

yes, i think not good compilation with avira

Members
11 posts
OFFLINE

Local time: 03:07 AM

⇡ Back to top

#### quietman7 #8

Bleepin' Janitor



**Global Moderator**
40,854 posts
ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:37 PM

Posted 28 September 2014 - 06:08 PM

Malwarebytes Premium is meant to supplement your existing anti-virus. The following quote is a statement from the Malwarebytes Team.

> **Quote**
>
> Malwarebytes Anti-Malware is not meant to be a replacement for antivirus software. Malwarebytes Anti-Malware is a complementary but essential program which detects and removes zero-day malware and "Malware in the Wild". This includes malicious programs and files, such as viruses, worms, trojans, rootkits, dialers, spyware, and rogue applications that many antivirus programs do not detect or cannot fully remove. **It is important to note that Malwarebytes Anti-Malware works well and should run alongside antivirus software without conflicts**. In some rare instances, exclusions may need to be set for your specific antivirus product to achieve the best possible system performance.
>
> Larry Tate
> Product Support

A similar statement is in this HelpDesk Article: Does Malwarebytes Anti-Malware replace antivirus software?

**Microsoft MVP - Consumer Security 2007-2015** 

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

⬆ Back to top

#### Superware #9



Members
1 posts
OFFLINE

Local time: 05:37 PM

Posted 26 February 2015 - 07:51 PM

Someone help me please. Nothing could remove SpyHunter, I don't wanna buy it!!!!! Could anyone help me!!!!!! 

⬆ Back to top

#### quietman7 #10

Bleepin' Janitor



**Global Moderator**
40,854 posts
ONLINE

Posted 26 February 2015 - 07:57 PM

That information is here in Post #3.

**Microsoft MVP - Consumer Security 2007-2015** 

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

Gender: Male
Location: Virginia, USA
Local time: 06:37 PM

↑ Back to top

## 1PW

#11 



Members
269 posts
OFFLINE

Gender: Male
Location: North of the 38th parallel.
Local time: 03:37 PM

Posted 27 February 2015 - 12:30 AM

Hello khafan11:

I have personally used Avira's Free Antivirus with Malwarebytes Pro/Premium, and all options enabled, on a Windows 7 x64 system for years.

When that system is idle, CPU usage is frequently between 0 and 1%.

If a MBAM "Clean Re-install" does not correct your issue, your system may require expert troubleshooting assistance.

↑ Back to top

## quietman7

#12

Bleepin' Janitor



**Global Moderator**
40,854 posts
ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:37 PM

Posted 27 February 2015 - 05:40 AM

Useless posting removed.

**Microsoft MVP - Consumer Security 2007-2015** 

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

↑ Back to top

## georgehenry

#13



Members
208 posts
OFFLINE

Gender: Male
Location: New Romney, Kent, England.
Local time: 11:37 PM

Posted 31 July 2015 - 08:48 AM

I don't know how I got it, but spyhunter 4 appeared on my win7 laptop. Because of my hamfisted attempt to get rid of it, it disappeared from "features and programs" and hid itself away somewhere. I tried looking in all sorts of places, all to no avail. It kept popping up and doing unwanted scans. In desperation I downloaded it again, and then deleted it from the"programs and features". So far it has not reappeared. If this is a well known way to handle this, just ignore it. In my defence, I saw a note on your site asking people to tell how they did things.

⚠ Edited by georgehenry, 31 July 2015 - 08:50 AM.

↑ Back to top

#### quietman7
#14

Bleepin' Janitor

Posted 31 July 2015 - 11:49 AM

I provided removal instructions in Post #3 along with contact info for ESG Technical Support if normal removal fails.

Anyway, glad to hear you were able to sort it out yourself.



**Global Moderator**
40,854 posts
ONLINE

**Microsoft MVP - Consumer Security 2007-2015**

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

Gender: Male
Location: Virginia, USA
Local time: 06:37 PM

↑ Back to top

#### SteveDallas
#15

Posted 03 October 2015 - 02:00 PM

Spyhunter is still engaged in decpetive ads and deceptive billing. I just clicked on a product from them for $29.xx and my credit card was charged $69.xx  They will not help you with this. You have to contact their payment processor and the payment processor has limited hours and are not 24/7 like most legitimate payment processors. This is fraud to me and I will never activate and use the product.  I also suspect that many of the items that showed up in the scan were not correct.

Members
3 posts
OFFLINE

Local time: 05:37 PM

↑ Back to top

Page 1 of 2  **1**  2  NEXT

Back to Anti-Virus, Anti-Malware, and Privacy Software

9 user(s) are reading this topic
0 members, 9 guests, 0 anonymous users

BleepingComputer.com → Security → Anti-Virus, Anti-Malware, and Privacy Software

Rules · Privacy Policy

Help

Advertise | About Us | User Agreement | Privacy Policy | Sitemap | Chat | RSS Feeds | Contact Us

Tech Support Forums | Virus Removal Guides | Downloads | Tutorials | The Computer Glossary | Uninstall List | Startups | The File Database

© 2004-2015 All Rights Reserved **Bleeping Computer LLC** .
Site Changelog

Community Forum Software by IP.Board

http://www.bleepingcomputer.com/forums/t/550005/spyhunter-vs-malwarebytes-vs-iobit/[12/17/2015 3:38:20 PM]