# Exhibit 6

BleepingComputer.com → Security → Anti-Virus, Anti-Malware, and Privacy Software

Register a free account to unlock additional features at BleepingComputer.com



Welcome to **BleepingComputer**, a free community where people like yourself come together to discuss and learn how to use their computers. Using the site is easy and fun. As a guest, you can browse and view the various discussions in the forums, but can not create a new topic or reply to an existing one unless you are logged in. Other benefits of registering an account are subscribing to topics and forums, creating a blog, and having **no ads** shown anywhere on the site.

**Click here to Register a free account now!** or read our **Welcome Guide** to learn how to use this site.

## SpyHunter cannot remove infections
Started by ittiandro , Dec 10 2013 10:10 AM



### ittiandro
Posted 10 December 2013 - 10:10 AM

I have been using this program very successfully for a month or so. It finds and removes tons of spyware and malware no other software sees. Today it found about 600 items, including Conduit search and others which keep creeping in. When I click the FIX button and the computer reboots, I keep getting a pre-booting scrolling with a message " Spyhunter fix not found". As a matter of fact, the spyware is still there on the next scan.Same scenario when I reboot .

How can I solve this problem?

Ittiandro

**BC AdBot (Login to Remove)**


Remove Malware - Free
Quick Malware Removal in 2 minutes. Free Download (Highly Recommended)


### buddy215
Posted 10 December 2013 - 11:03 AM

Uninstall Spy Hunter.
Install MBAM Free: Malwarebytes Anti-Malware Free (http://www.malwarebytes.org/products/)  Run a scan and allow it to delete whatever it finds...including PUPs.

Use these two programs for finding and uninstalling adware.
AdwCleaner Download (http://www.bleepingcomputer.com/download/adwcleaner/)
Junkware Removal Tool Download (http://www.bleepingcomputer.com/download/junkware-removal-tool/)

Spy Hunter's 600 items most likely included 3rd Party/ Ad-Tracking cookies. You can block those from installing. Once you
have blocked from installing, use Ccleaner to remove the ones presently installed and clean up the temporary files and logs including
Ad cookies in Flash.  Be sure to watch for and **UN**check offers of toolbars, etc. No need to use the Registry Cleaning Tool as it may cause more problems.
Disable third-party cookies in IE, Firefox, and Google Chrome | How To - CNET (http://howto.cnet.com/8301-11310_39-20042703-285/disable-third-party-cookies-in-ie-firefox-and-google-chrome/)
CCleaner - PC Optimization and Cleaning - Free Download (http://www.piriform.com/ccleaner)

**quietman7**
<span style="float:right">Posted 10 December 2013 - 11:04 AM</span>

**SpyHunter** by Enigma Software Group (ESG) is a program that was previously listed as a **rogue product** on the Rogue/Suspect Anti-Spyware Products List (http://spywarewarrior.com/de-listed.htm#sh_note) because of the company's history of employing **aggressive and deceptive advertising**. It has since been delisted but Enigma still engages in deceptive advertising which violates several consumer protection laws in many states. In my opinion it is a **dubious program** which is not very effective compared to others with a proven track record and I would not trust all the detections provided by its scanning engine.

Unfortunately, AV-Test (https://www.av-test.org/en/antivirus/home-windows/) has not included SpyHunter in their comprehensive testing analysis. If Enigmasoftware's SpyHunter was included, which we hope they attempt to do so, we would get a much clearer picture as to how it compares to other anti-spyware programs in terms of protection, detection, repair and usability.

Newer versions of SpyHunter apparently install it's own "Compact OS" and uses Grub4Dos loader to execute on boot up. The user no longer sees the normal Windows boot menu but instead sees the GRUB menu. For some folks this has resulted in SpyHunter causing a continuous loop when attempting to boot and other issues.

Further, when searching for new malware or malware removal assistance (and removal guides) on the Internet, **it is not unusual to find numerous hits from untrustworthy** sites that provide inadequate removal instructions and then offer a tool that a visitor must purchase before it removes anything. These sites recommend a pay-to-clean program, rather than a free-to-clean program, because the site owner will make a commission on the sale of the program. **SpyHunter** (SpyHunter-Installer.exe) is one of the most common removal tools pushed by these sites.

If you have downloaded and scanned with SpyHunter, any detection results should be reviewed carefully. My personal recommendation would be to remove the program and replace it with a trustworthy alternative.

How to Uninstall SpyHunter (http://www.enigmasoftware.com/spyhunter-uninstall-steps/)

Trustworthy alternatives.
* Malwarebytes Anti-Malware (http://www.bleepingcomputer.com/virus-removal/how-to-use-malwarebytes-anti-malware-tutorial)
* SUPERAntiSpyware (http://www.bleepingcomputer.com/virus-removal/how-to-use-superantispyware-tutorial)

**ittiandro**
<span style="float:right">Posted 29 November 2014 - 03:04 PM</span>

> quietman7, on 10 Dec 2013 - 11:04 AM, said:
>
> Newer versions of SpyHunter apparently installs it's own "Compact OS" and uses Grub4Dos loader to execute on boot up. The user no longer sees the normal Windows boot menu but instead sees the GRUB menu. For some folks this has resulted in SpyHunter causing a continuous loop when attempting to boot.
>
> If you have downloaded and scanned with SpyHunter, any detection results should be viewed with suspicion. My personal recommendation would be to remove the program and replace it with a trustworthy alternative.
>
> How to Uninstall SpyHunter (http://www.enigmasoftware.com/spyhunter-uninstall-steps/)
>
> Trustworthy alternatives.
> * Malwarebytes Anti-Malware (http://www.bleepingcomputer.com/virus-removal/how-to-use-malwarebytes-anti-malware-tutorial)
> * SUPERAntiSpyware (http://www.bleepingcomputer.com/virus-removal/how-to-use-superantispyware-tutorial)
>
> I do have Malwarebytes but I still haven't lost ALL my hopes with SpyHunter and I'd like to give myself some more time to use it because it has picked up infected Registry entries which no other apps had previously found.Actually, I have on occasion checked the Registry manually and found those infected entries were there and removed them.So SpyHunter was correct, afterall! The problem I have now is that for some reason the GRUB4 DOS loader kicks in and this prevents the SPYHunter Fix to be applied .I never had this problem before and I didn't even know about this FRUB4 Dos loader. The spyware has always been removed by SpyHunter at booting without this loader . I'd like to know how can I revert to the normal cleaning process, but I cannot find a way to disable this darn compact loader. Any suggestions?
> Thanks
>
> Ittiandro

**quietman7**
<span style="float:right">Posted 29 November 2014 - 04:01 PM</span>

Since we do not recommend this program, I doubt any of our members use it...and your question requires a more specific answer than we can provide. I suggest you Contact ESG Technical Support Team (http://www.enigmasoftware.com/support/) and submit a ticket.

* How to Submit a Customer Support Ticket (http://www.enigmasoftware.com/support/submit-customer-support-ticket/)

Submitting support tickets is only for customers who purchased ESG products. If you are not a paid customer or not able to logon to their member's section, you can try contacting ESG through the Inquiries & Feedback (http://www.enigmasoftware.com/about-us/general-inquiries/) page.

---

**frankp316**

Posted 29 November 2014 - 06:37 PM

> ittiandro, on 29 Nov 2014 - 3:04 PM, said:
>
>> quietman7, on 10 Dec 2013 - 11:04 AM, said:
>>
>> Newer versions of SpyHunter apparently installs it's own "Compact OS" and uses Grub4Dos loader to execute on boot up. The user no longer sees the normal Windows boot menu but instead sees the GRUB menu. For some folks this has resulted in SpyHunter causing a continuous loop when attempting to boot.
>>
>> If you have downloaded and scanned with SpyHunter, any detection results should be viewed with suspicion. My personal recommendation would be to remove the program and replace it with a trustworthy alternative.
>>
>> How to Uninstall SpyHunter (http://www.enigmasoftware.com/spyhunter-uninstall-steps/)
>>
>> Trustworthy alternatives.
>> * Malwarebytes Anti-Malware (http://www.bleepingcomputer.com/virus-removal/how-to-use-malwarebytes-anti-malware-tutorial)
>> * SUPERAntiSpyware (http://www.bleepingcomputer.com/virus-removal/how-to-use-superantispyware-tutorial)
>
> I do have Malwarebytes but  I still haven't lost ALL my hopes with SpyHunter and I'd like to give myself some more time to use it because it has picked up infected Registry entries  which no other apps had previously found.Actually, I have on occasion checked the Registry manually and found those infected  entries were there and removed them.So SpyHunter was correct, afterall! The problem I have now is that for some reason the GRUB4 DOS loader kicks in and this prevents the SPYhunter Fix to be applied .I never had this problem before and I didn't even know about this FRUB4 Dos loader. The spyware has always been removed by SpyHunter at booting without this loader . I'd like to know how can I revert to the normal cleaning process, but I cannot find a way to disable this darn compact loader. Any suggestions?
> Thanks
>
> Ittiandro

Here's a little food for thought. Maybe Spy Hunter is finding false positives to fool you into thinking that it's effective. Considering their rogue past, it would not surprise me. We see this sometimes here at BC.

---

**quietman7**

Posted 29 November 2014 - 08:21 PM

As I noted above, SpyHunter is a dubious program and it is prone to a high rate of false positives (http://antivirus.about.com/library/glossary/bldef-false.htm) .

* Enigma Software, A Mysterty? (http://securitygarden.blogspot.com/2007/04/enigma-software-mystery.html)
* SpyHunter - Fake security blogs (http://en.kioskea.net/faq/31535-spyhunter-fake-security-blogs)

Read some of the user comments posted on the Complaints Board: Enigma Software Group Spyhunter Complaints & Reviews (http://www.complaintsboard.com/complaints/enigma-software-group-spyhunter-c262520.html) .

---

**NullPointerException**

Posted 01 December 2014 - 12:04 PM

I recommend Unchecky (http://unchecky.com/) to totally forget unchecking while installing bundled software. It's a totally automatic, trustworthy free tool.

**Case 1:16-cv-00057-PAE   Document 6-6   Filed 01/08/16   Page 5 of 5**


**Edited by NullPointerException, 01 December 2014 - 12:04 PM.**

**quietman7**

Posted 01 December 2014 - 03:10 PM

[Introducing Unchecky (http://rammichael.com/introducing-unchecky)](http://rammichael.com/introducing-unchecky) on RaMMicHaeL's Blog, indicates it is more for average users who are not careful about reading everything and accept all defaults when installing programs. The blog posting also indicates Unchecky is still a **beta** version.

I seldom recommend using **pre-release** [beta (http://www.techterms.com/definition/beta_software)](http://www.techterms.com/definition/beta_software) versions of most programs since you never know what bugs or quirks might turn up... then you have to waste time researching and getting things straightened out. The goal of a beta program is to collect information regarding the performance, quality, stability, and functionality of new products in order to *iron out the bugs before they are released to the general public* as a stable final product. Beta software is **not intended for inexperienced users** since it may contain bugs ranging in severity from minor features not working properly to problems that may potentially damage your system. **If you choose to use a beta program, you use it at your own risk.**

- [What Does "Beta Software" Really Mean? (http://www.makeuseof.com/tag/what-does-beta-software-really-mean/)](http://www.makeuseof.com/tag/what-does-beta-software-really-mean/)
- [What is beta software? (http://kb.iu.edu/data/agel.html)](http://kb.iu.edu/data/agel.html)
- [Software release life cycle (http://en.wikipedia.org/wiki/Software_release_life_cycle)](http://en.wikipedia.org/wiki/Software_release_life_cycle)

Back to Anti-Virus, Anti-Malware, and Privacy Software



**Remove Malware - Free**
Quick Malware Removal in 2 minutes. Free Download
(Highly Recommended)

BleepingComputer.com → Security → Anti-Virus, Anti-Malware, and Privacy Software