UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x

ENIGMA SOFTWARE GROUP USA, LLC,

                Plaintiff,

      -against-

BLEEPING COMPUTER LLC and
DOES 1-10,

                Defendant.

--------------------------------------------------------- x

Case No. 1:16-cv-00057 (PAE)

**MOTION FOR ADMISSION**
***PRO HAC VICE***

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Terry Budd, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Enigma Software Group USA, LLC in the above-captioned action.

    I am a member in good standing of the Bar of the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 25, 2016

                                            Respectfully submitted,

                                              /s/ Terry Budd
                                          TERRY BUDD
                                          K&L Gates LLP
                                          K&L Gates Center, 210 Sixth Avenue
                                          Pittsburgh, PA 15222-2613
                                          Telephone:    412.355.6500
                                          Facsimile:     412.355.6501
                                          E-mail: terry.budd@klgates.com