USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ENIGMA SOFTWARE GROUP USA, LLC,

                Plaintiff,

-against-

BLEEPING COMPUTER LLC and
DOES 1-10,

                Defendant.

------------------------------------------------------------ x

Case No. 1:16-cv-00057 (PAE)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of Christopher M. Verdini, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the Commonwealth of Pennsylvania; and that his contact information is as follows:

CHRISTOPHER M. VERDINI
K&L Gates LLP
K&L Gates Center, 210 Sixth Avenue
Pittsburgh, PA 15222-2613
Telephone:   412.355.6500
Facsimile:    412.355.6501
E-mail: christopher.verdini@klgates.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Enigma Software Group, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 26, 2016

                                                   _____  
                                                   Hon. Paul A. Engelmayer  
                                                   United States District Judge