USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ENIGMA SOFTWARE GROUP USA, LLC,

                Plaintiff,

-against-

BLEEPING COMPUTER LLC and DOES 1-10,

                Defendants.

------------------------------------------------------------X

Case No. 16 Civ. 0057 (PAE)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE WITH RESPECT TO THE FIRST AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, that the time for Defendant Bleeping Computer LLC to answer, move or otherwise respond to the First Amended Complaint is hereby extended from January 27, 2016 to and including February 26, 2016. The reason this extension is necessary is to provide the above Defendant sufficient time to investigate the facts and alleged claims in this matter, and to prepare a responsive pleading or motion. No prior request for the extension sought herein has been made, and the extension does not affect any other scheduled dates.

Dated: January 26, 2016

K&L GATES LLP

By: _Eric Prager, by Greg Herbert_
    Eric A. Prager
599 Lexington Avenue
New York, New York 10022
Telephone: 212.536.3900
eric.prager@klgates.com
*Counsel for Plaintiff*

GREENBERG TRAURIG LLP

By: s/Gregory W. Herbert
    Gregory W. Herbert
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: 407.420.1000
herbertg@gtlaw.com
    - and -
John J. Elliott
200 Park Avenue
New York, New York 10166
Telephone: 212.801.9200
elliottj@gtlaw.com
*Counsel for Defendant*

SO ORDERED:

*Paul A. Engelmayer*
_____
Paul A. Engelmayer, U.S.D.J.

Dated: 1/26/16