UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ENIGMA SOFTWARE GROUP USA, LLC, | : | Case No. 16 Civ. 0057 (PAE) |
| | : | |
| Plaintiff, | : | **NOTICE OF APPEARANCE** |
| | : | **AND REQUEST FOR** |
| -against- | : | **ELECTRONIC** |
| | : | **NOTIFICATION** |
| BLEEPING COMPUTER LLC and DOES 1-10, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that the undersigned attorney of the law firm Greenberg Traurig, LLP, hereby appears in this case as counsel for Defendant Bleeping Computer LLC, and respectfully requests to be designated as counsel to receive electronic notification through the CM/ECF system. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 27, 2016

**GREENBERG TRAURIG, LLP**

By:  /s/ John J. Elliott
     John J. Elliott (JE 1899)

200 Park Avenue, 39th Floor
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
elliottj@gtlaw.com