UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ENIGMA SOFTWARE GROUP USA, LLC,                       :
                                                      :
                Plaintiff,                                :
                                                      :
    -against-                                        :  Case No.: 1:16-cv-00057-PAE
                                                      :
BLEEPING COMPUTER LLC and                             :  **NOTICE OF MOTION**
DOES 1-10,                                            :
                                                      :
                Defendants.                              :
------------------------------------------------------------x

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, and accompanying Declaration and Exhibits thereto, and upon all prior papers and proceedings had herein, Defendant, Bleeping Computer LLC, by and through undersigned counsel, will move this Court before the Honorable Paul A. Engelmayer, United States District Judge, at the United States Courthouse, 40 Foley Square, Courtroom 1305, New York, NY 10007, for an order pursuant to Fed. R. Civ. P. 12(b)(6) and applicable law, dismissing the Amended Complaint (a copy of which is attached hereto) and granting such other and further relief and this Court deems just and proper.

Dated February 26, 2016                     Respectfully Submitted,

| Marc J. Randazza, Esq. | /s/ Gregory W. Herbert |
|---|---|
| *Pro Hac Vice Motion Forthcoming* | Gregory W. Herbert, Esq. |
| RANDAZZA LEGAL GROUP, PLLC | New York Bar Registration No. 2502755 |
| 4035 South El Capitan Way | GREENBERG TRAURIG, P.A. |
| Las Vegas, Nevada 89147 | 450 South Orange Avenue, Suite 650 |
| Telephone: (702) 420-2001 | Orlando, FL 32801 |
| Facsimile: (305) 437-7662 | Telephone: (407) 420-1000 |
| ecf@randazza.com | Facsimile: (407) 841-1295 |
| *Counsel for Defendant* | herbertg@gtlaw.com |
| *Bleeping Computer LLC* | *Counsel for Defendant* |
| | *Bleeping Computer LLC* |

NY 245694872v2

| | |
|---|---|
| John J. Elliott, Esq.<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>*elliottj@gtlaw.com*<br>*Counsel for Defendant*<br>*Bleeping Computer LLC* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

**s/Gregory W. Herbert**
Gregory W. Herbert

*NY 245694872v2*