UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                    :

ENIGMA SOFTWARE GROUP USA, LLC,  :
                                      :
                    Plaintiff,  :    Case No. 1:16-cv-00057 (PAE)
                                      :
         -against-  :
                                      :
BLEEPING COMPUTER LLC and  :
DOES 1-10,  :    **FIRST AMENDED COMPLAINT**
                                    :
                    Defendants.  :
                                      :
                                      :
-------------------------------------------------------x

       Plaintiff Enigma Software Group USA, LLC ("ESG"), by its attorneys, for its First Amended Complaint against Defendants Bleeping Computer LLC ("Bleeping") and Does 1-10, respectfully alleges as follows:

**SUMMARY OF THE CASE**

       1.    This is an action for civil remedies, including injunctive relief and damages, under the federal Lanham Act and under New York State law, arising out of the malicious publication in this District of false, disparaging, and defamatory statements by Bleeping and Does 1-10 regarding ESG and its SpyHunter software product.

       2.    Bleeping owns and operates a website at <http://www.bleepingcomputer.com> (the "Bleeping Website") that Bleeping tells the public is a "technical support site and a self-education tool for the novice user to learn basic concepts about Computer Technology."

       3.    In reality, Bleeping uses the Bleeping Website to promote and recommend products for which it receives commissions and pushes users to those products through hyperlinks that, with only a few clicks, take a user from the Bleeping Website to the websites of

Exhibit "A"

the product seller from whom Bleeping receives a commission.  And upon information and belief, such sales have been generated in this District.

4.      One of the products Bleeping promotes -- and a product it receives commissions for selling -- is sold by Malwarebytes, an ESG competitor.

5.      Bleeping does not receive and has never received commissions from ESG.

6.      Thus, Bleeping has a direct financial interest in driving traffic and sales to Malwarebytes and driving traffic and sales away from ESG.

7.      To further that interest, Bleeping has intentionally disparaged ESG and its products while simultaneously recommending that its "novice" forum members use Malwarebytes programs for which it admittedly is paid a commission.

8.      Bleeping not only has unlawfully benefited from its smear campaign to the detriment of ESG, it has damaged the reputation of ESG by refusing to take down its false and misleading statements which have been reposted numerous times on other anti-spyware related forums and websites.

9.      ESG brings this lawsuit to put an end to the smear campaign it has unjustifiably endured at the hands of Bleeping and its associates.

## THE PARTIES

10.      Plaintiff ESG is a Connecticut limited liability company.  ESG does business in this District, but none of ESG's members is a resident or citizen of the State of New York.

11.      Upon information and belief, Defendant Bleeping is a New York limited liability company with a business address at P.O. Box 1025, Melville, New York 11747.

12.      Upon information and belief, Defendants Does 1-10 are entities and individuals that have acted on behalf of or in conjunction with Bleeping in carrying out the acts complained of herein.

**JURISDICTION AND VENUE**

13.     This action arises under the Lanham Act, 15 U.S.C. § 1051 *et seq.* and the laws of

the State of New York.  This Court has subject matter jurisdiction, inter alia, pursuant to 28

U.S.C. §§ 1331, 1332, 1338, and 1367.

14.     Venue is proper in this District pursuant to 28 U.S.C. § 1391.

**FACTS**

**Background**

15.     ESG develops and markets computer security products with a particular focus on

protecting its millions of customers from malware and other security threats.

16.     As described by the Federal Trade Commission (<https://www.ftc.gov/news-

events/media-resources/identity-theft-and-data-security/spyware-and-malware>): "[m]alware,

short for 'malicious software,' includes viruses and spyware that can steal personal information,

send spam, and commit fraud.  Criminals use appealing websites, desirable downloads, and

compelling stories to lure consumers to links that will download malware – especially on

computers that don't use adequate security software.  Spyware is one type of malware that can

monitor or control your computer use.  It may be used to send consumers pop-up ads, redirect

their computers to unwanted websites, monitor their Internet surfing, or record their keystrokes,

which, in turn, could lead to identity theft."

17.     ESG protects its customers from these risks by providing software that detects and

removes malware, enhances Internet privacy, and eliminates other security threats.

18.     ESG's flagship anti-malware product is a software program called SpyHunter,

which presently is in version 4.

19.     ESG sells licenses to SpyHunter solely over the Internet, including at its website,

<http://www.enigmasoftware.com>.  ESG enjoys worldwide sales of SpyHunter, including sales

to citizens of the State of New York.

20.     SpyHunter is an adaptive spyware detection and removal tool that provides rigorous protection against the latest spyware threats including malware, Trojans, rootkits, and other malicious software.

21.     Consumers can download a free scanning version of SpyHunter through a link entitled "Download Free Scanner."  The scanner detects whether a computer has malware or other threats.

22.     ESG informs consumers that they also have the choice to buy a license to the full version of SpyHunter and provides consumers with a "Buy Now" link.  The full version of SpyHunter includes the scanner, tools to remove malware and other security protection tools.

23.     ESG's SpyHunter product has received top industry certifications.

24.     SpyHunter has received the Checkmark Certification from West Coast Labs. Checkmark Certification is a highly regarded accreditation program, recognized globally by vendors, end users, and government agencies as providing reliable confirmation of a product's effectiveness in an ever-changing threat landscape.  Checkmark Certification validates the functionality and performance of both content and network security technologies in a range of threat scenarios and attack vectors from standard baseline benchmarking tests against accepted industry standards.

25.     ESG is a Better Business Bureau accredited business.  Better Business Bureau accreditation standards include a "commitment to make a good faith effort to resolve any consumer complaints."  ESG has received an "A+" rating from the Better Business Bureau.

### Bleeping Is A Commercial Enterprise That Earns Commissions By Peddling Products

26.     Defendant Bleeping holds itself out as an expert in computer security matters.

27.     Upon information and belief, Bleeping and its members are not computer security

experts, but rather they are software resellers purporting to give consumer advice.

28.     Bleeping controls the Bleeping Website which is divided into several sections: (1) News; (2) Downloads; (3) Virus Removal Guides; (4) Tutorials; (5) Deals; (6) Forums; and (7) More.

29.     In the "About BleepingComputer" portion of its website, which can be accessed only from a link at the very bottom of the Bleeping Website, BSC explains that it uses "Affiliate Links" that "generate a commission for [Bleeping] if [a user] use[s] them to purchase a product." *See* Ex. 1.

30.     Upon information and belief, Bleeping generally does not include this disclosure elsewhere on the Bleeping Website, including on its security forums.

31.     To create Affiliate Links, Bleeping uses a program called "Viglinks" that automatically transforms posted links and certain keywords into affiliate links.

32.     By providing Affiliate Links, Bleeping earns a commission if a consumer simply clicks on the link and then clicks on a link to purchase the product that Bleeping is peddling.

33.     Bleeping pushes consumers to products that earn them commissions through its "Virus Removal Guides," which "use programs and utilities that generate commissions for [Bleeping] when [a user] purchase[s] them."  *See* Ex. 1.  Upon information and belief, Bleeping does not disclose its self-interest in the products used in its Virus Removal Guides within the Guides themselves.

34.     In its "Downloads" section, Bleeping provides "special offers and affiliate links that will generate a commission for [Bleeping] if [the user] purchase[s] the software."  *See* Ex. 1. Upon information and belief, Bleeping does not disclose its self-interest in the products that Bleeping provides in the Download section the Bleeping Website.

35.     Similarly, Bleeping provides Tutorials that "may discuss or require specific hardware or software that contain affiliate links that will generate a commission for [Bleeping] if [a user] purchase[s] them." *See* Ex. 1.  Upon information and belief, Bleeping does not disclose its self-interest in the products used in its Tutorials within the Tutorials themselves.

36.     Bleeping uses Affiliate Links not only in the Virus Removal Guides, Downloads, and Tutorials sections that it offers consumers, but also on its messages boards where users comment on and post information about topics related to computer technology.

37.     Notably, Bleeping admits in its "About Us" section that "the products that we [Bleeping] routinely use in our guides and that we receive affiliate commissions from are MalwareBytes, Emsisoft, and SuperAntiSpyware." *See* Ex. 1.

## Bleeping And Its Moderators Control, Directly And/Or Indirectly, The Content On Message Boards

38.     As part of controlling, directly and/or indirectly, the forum on the Bleeping Website, Bleeping has established a hierarchy of "member groups" that informs users of the forum about the status of person who is posting, including whether they are a designee to act on behalf of Bleeping.  *See* Ex. 2.

39.     Bleeping provides its members with a "current list" of the users who are in each "member group."

40.     The highest level "member group" is "Admin & Site Admins."  Lawrence Abrams, the owner of Bleeping, is the overall "Admin" of the Bleeping Website and forums and has the final say when appointing all other staff positions.

41.     The second-highest level "member group" is "Global Moderator & Moderators."

42.     Bleeping holds Global Moderators out to its members as follows:

A Bleeping Computer Global Moderator or Moderator is someone granted special powers by the Admins to enforce the rules of

Bleeping Computer Forums.  All moderators on all forums can move discussions to different sections of the forum, "close" discussions to prevent users from continuing to discuss them, as well as edit the content of individual posters.  Moderators of both levels answer questions (or help people with problems), and "pin" discussions so they remain visible in their forum section even if no new postings are made to them.  Global Moderators have a few additional powers above that of regular Moderators, the most important of which is the ability to suspend forum posting privileges of members who violate forum rules.

*See* Ex. 2.

43.     Upon information and belief, Bleeping's Global Moderators are expected to post on Bleeping's message boards and when a Global Moderator makes a posting, Bleeping clearly identifies that the post has been made by a Global Moderator.

44.     Upon information and belief, currently there are only three Global Moderators.

45.     One of Bleeping's Global Moderators is known as "Quietman7."

46.     In March 2006, Bleeping announced to its users that it had appointed Quietman7 as an advisor -- the third-highest "member group" on the Bleeping website.  *See* Ex. 3.

47.     Bleeping made the announcement with a post entitled "New Advisor--quietman7" in which Bleeping stated: "Quietman7 has quietly been added to the staff here at BC [Bleeping Computer] as an advisor.  Now we can shout a warm welcome!!!!  Congratulations, welcome, and thanks for becoming an even larger asset for BC [Bleeping Computer]!"  *See* Ex. 3.

48.     Mr. Abrams responded to the March 2006 post by congratulating Quietman7 and thanking him "for accepting the position" to which Quietman7 responded "it is a pleasure to be part of the BC [Bleeping Computer] staff . . . ."  *See* Ex. 3.

49.     In September 2007, Mr. Abrams himself created a post entitled "Big Thank You To Our Newest Global, Quietman7" in which he announced to Bleeping's message board users that Quietman7 had accepted the "position, of Global Moderator here at BC [Bleeping

Computer].”  *See* Ex. 4.

     50.    Quietman7 responded to the announcement as follows:

> Thanks everyone and thanks Grinler [Abrams' username] for
> offering the sentence … grrr … I mean position.  There are not
> many [web]sites who will give an ex-cop, now a "Bleepin' Janitor"
> the keys to the kingdom.  Usually I only get the keys to the broom
> closet and back door so I can take out the trash.

*See* Ex. 4.

## Bleeping Makes False And Defamatory Statements Both Directly And Indirectly About ESG And Its SpyHunter Product

     51.    In the forums that Bleeping maintains on its website, Bleeping, and in particular posts by Bleeping's appointed Global Moderator, Quietman7, purport to convey factual information about ESG and its products, but instead assert outright falsehoods that are repeated in multiple topics on the forum and over multiple years.  *See* Exs. 5-7.  In these posts, Bleeping makes the following assertions falsely and without any reasonable basis to believe that the statements were true when made:

- That SpyHunter 4 or ESG engage in "deceptive advertising which violates several consumer protection laws in many states";

- That SpyHunter 4 or ESG has a "history of employing aggressive and deceptive advertising";

- That SpyHunter 4 is a "rogue product";

- That SpyHunter 4 or ESG have not cooperated in submitting their program for testing "most likely due to the program's ineffectiveness and high rate of false positives";

- That SpyHunter 4 or ESG engage in deceptive pricing;

- That most users of SpyHunter 4 "are not aware that when purchasing SpyHunter, they have agreed to a subscription service with an automatic renewal policy"; and

- That SpyHunter 4 is "malware" or "rogue security software" despite not being classified as such by security vendors.

*See* Exs. 5-7.

52.     Each of those statements is false and was false when made.

53.     Upon information and belief, Bleeping and Quietman7 have never tested SpyHunter4 to determine the effectiveness of the program or its rate of false positives.

54.     Bleeping knew, or should have known, that the statements were false when made. The statements rely upon third-hand information that is between 7-10 years old and that was generated by a group of individuals who began an anticompetitive campaign against ESG in 2004.

55.     ESG spent years engaging these individuals in discourse, providing full and accurate information to them, which the individuals admitted they did not have, and ultimately proving each claim to be false.

56.     Upon information and belief, Bleeping knew or should have known that ESG already proved these claims false years before Bleeping made them.

57.     Nonetheless, Bleeping has used and continues to use these false and disparaging statements for its own economic benefit.

58.     In same paragraph in which Bleeping falsely tells its users that SpyHunter4 is a "dubious program with a high rate of false positives," Bleeping instructs its users to "remove" SpyHunter and "replace it" with Malwarebytes' software.

59.     In connection with instructing users to replace SpyHunter4 with Malewarebytes' software, Bleeping provides a single hyperlink for Malwarebytes' website that, if clicked, takes a user directly to the page where the user can click one more link to purchase Malewarebytes' competing product.  Once purchased, Bleeping earns its "Affiliate Commission."

60.     Upon information and belief, the webpage hosts additional false and defamatory articles and third-party comments solicited by the false and defamatory statements made by

Bleeping.

61.     Upon information and belief, Defendants Does 1-10 have carried out the aforesaid acts at the direction of, on behalf of, and with full knowledge of Bleeping.

62.     These postings by Defendants are all the more egregious as they represent a clear pattern of making false and unsubstantiated claims, including salacious claims of violations of consumer protection laws which can carry criminal penalties, over multiple topics, in multiple areas of the forum, over a period of multiple years.

63.     ESG, through counsel, has sent a written demand to Bleeping to cease and desist its unlawful conduct, but it has refused to do so.

64.     Bleeping not only has refused to take down the offending post, but Bleeping and Quietman7 have given permission to others to post the false information on other forums, causing further harm to ESG.

65.     Defendants' conduct is willful and malicious.

66.     Upon information and belief, Defendants' unlawful conduct is causing and will continue to cause harm to ESG and its products.

67.     ESG has no adequate remedy at law for certain of the relief requested below.

**FIRST CAUSE OF ACTION**

(Violations of Lanham Act § 43(a))

68.     ESG repeats and incorporates by reference all of the foregoing paragraphs as if fully set forth herein.

69.     Defendants' publication of false and misleading statements about ESG and SpyHunter constitutes false advertising in violation of 15 U.S.C. § 1125(a)(1)(B).

70.     Defendants' publication of false statements about ESG and SpyHunter is likely to deceive consumers as to the nature and quality of ESG and SpyHunter, including causing

consumers to believe that SpyHunter itself is a form of malware.

71.     As a direct and proximate result of Defendants' unlawful acts, ESG has suffered and will continue to suffer significant monetary and reputational injury in amounts that will be proven at trial but that are believed to exceed $75,000, exclusive of interest and costs.

## SECOND CAUSE OF ACTION

(Trade Libel/Commercial Disparagement)

72.     ESG repeats and incorporates by reference all of the foregoing paragraphs as if fully set forth herein.

73.     Defendants have maliciously published false statements that disparage ESG and its SpyHunter product.

74.     These statements constitute injurious falsehoods and trade libel, which inter alia impugn the integrity of ESG and the quality of SpyHunter.  These statements were expressly directed at ESG.

75.     Defendants have published their false statements to the public by means of the Internet and specifically the Bleeping Website.

76.     There can be no question that the readers of Defendants' statements understand Defendants' defamatory meaning and understand that Defendants' statements are directed at ESG and its products.

77.     ESG has been specifically harmed by Defendants' defamatory statements.

78.     Defendants have no privilege to make their false and harmful statements.

79.     As a direct and proximate result of Defendants' unlawful acts, ESG has suffered and will continue to suffer significant monetary and reputational injury in amounts that will be proven at trial but that are believed to exceed $75,000, exclusive of interest and costs.

## THIRD CAUSE OF ACTION

### (Defamation)

80.     ESG repeats and incorporates by reference all of the foregoing paragraphs as if fully set forth herein.

81.     Defendants' published statements concerning ESG and SpyHunter are false and bring ESG into disrepute or contempt and impeach its integrity and reputation.  Specifically, Defendants assert, *inter alia*, that ESG engages in "deceptive advertising which violates several consumer protection laws"; that ESG "has a history of employing aggressive and deceptive advertising"; and that SpyHunter 4 is a "rogue product."

82.     Defendants have published their false statements to the public by means of the Internet and specifically, at least the Bleeping Website.

83.     Defendants are at fault because they maliciously made such statements.

84.     Defendants have no privilege to make such statements.

85.     ESG has been and continues to be damaged by these statements.

86.     ESG is a for-profit corporation, and Defendants' statements prejudice ESG in the conduct of its business and/or to deter others from dealing with it.

87.     As a direct and proximate result of Defendants' unlawful acts, ESG has suffered and will continue to suffer significant monetary and reputational injury in amounts that will be proven at trial but that are believed to exceed $75,000, exclusive of interest and costs.

### PRAYER FOR RELIEF

WHEREFORE, ESG respectfully requests that the Court enter judgment in its favor as follows:

    a.      Declaring that Defendants' conduct violates 15 U.S.C. § 1125(a);

    b.      Declaring that Defendants' conduct constitutes trade libel and/or

commercial disparagement under the laws of the State of New York;

c.      Declaring that Defendants' conduct constitutes defamation of a corporation under the laws of the State of New York;

d.      Permanently enjoining Defendants from publishing the false advertising statements identified above in relation to ESG;

e.      Permanently enjoining Defendants from publishing the statements constituting trade libel and/or commercial disparagement identified above in relation to ESG;

f.      Permanently enjoining Defendants from publishing the statements constituting defamation of a corporation identified above in relation to ESG;

g.      Awarding ESG damages in an amount proven at trial and believed to be in excess of $75,000, plus interest;

h.      Awarding ESG its attorneys' fees and costs incurred in bringing this action; and

i.      Awarding such other and further relief as the Court deems proper.

## JURY TRIAL DEMANDED

ESG demands a trial by jury of all issues so triable in this action.


Dated:   New York, New York                    Respectfully submitted,
         January 8, 2016

                                    By:   /s/ Eric A. Prager
                                          Eric A. Prager (EP-0964)
                                          K&L GATES LLP
                                          599 Lexington Avenue
                                          New York, NY 10022
                                          Telephone: 212.536.3900
                                          Facsimile: 212.536.3901
                                          eric.prager@klgates.com
                                          *Attorneys for Plaintiffs*

# Exhibit 1



**BLEEPING**COMPUTER

NEWS ▾     DOWNLOADS ▾     VIRUS REMOVAL GUIDES ▾     TUTORIALS ▾     DEALS ▾     FORUMS     MORE ▾

Home ▸ About BleepingComputer.com

## ABOUT BLEEPINGCOMPUTER.COM

Bleeping Computer® is a technical support site and a self-education tool for the novice user to learn basic concepts about Computer Technology. Our focus is to allow the novice computer user to be able to have a place that they can come and discuss computer/technology problems with their peers and at the same time have a rich resource in which to learn the "basics" about computers and technology.

We have found, with our extensive experience in helping users, whether they be family, friends, coworkers, or clients, that most technical support problems lie not with the computer, but with the fact that the user does not know the "basic concepts" that underlie all issues of computing. These concepts include hardware, files and folders, operating systems, Internet, and applications. Once a user learns the basic concepts of these categories they will be able to express what problems they are having in a more understandable manner, making it easier to be helped by a more experienced user.

The basic concepts of computer technology do not only apply themselves towards fixing problems, but also to every day life. In today's age, computers are here to stay and are only going to be incorporated into our daily life more and more as time goes on. Understanding the basic concepts will allow you to communicate more intelligently about your computer and technology needs and allow you to use your computer more efficiently.

This site is not geared towards any specific type of user. You will find that the knowledge of the basic concepts will allow you to communicate much more clearly whether or not you are an employee looking to describe the problems you are having to your computer consultant, to discussing with peers the latest and greatest things you are doing with your computer, or to going into a computer store and buying a new add-on or computer.

There is no reason why anyone cannot be knowledgeable about the technology that they use every day and to not feel intimidated by it. With the understanding of what you use and buy, you will find that you save money, have less headaches, and do not feel intimidated when speaking to people who may be more knowledgeable than you.

Our goal, is to turn your #$@!* computer that never does what you want it to do, to one that you praise as a well tamed tool.

## FTC Disclosure

The Federal Trade Commission requires that we disclose any relationship we have between a product manufacturer or advertiser when we write about a product, service, or recommend a product. This is a good policy that allows you, the reader, to understand the relationships between a site and the various companies and products they promote.

We have outlined our product review standards and the various ways we use affiliate links on the site below:

### Affiliate Links

BleepingComputer may use links that generate a commission for the site if you use them to purchase a product. In the forums, we use VigLinks to automatically forward links into affiliate links or transform certain keywords into affiliate links. If you do not wish to have inserted links you can opt out of this process by going to this url:
http://www.viglink.com/support/optout

We also provide affiliate links for various products within our Virus Removal Guides, Download section, and Tutorials.

### Virus Removal Guides

In our Virus Removal section we offer guides on how to remove various computer infections. These guides may use programs and utilities that generate commissions for the site when you purchase them. We will never, though, promote a product for the sole purpose of generating a commission. We will only suggest a product that can actually help you remove the computer infection for free and we will only receive a commission if you decide to purchase it after. If it is required that you purchase a product before you can remove an infection, and we receive a commission for it, we will specifically state this in the guide. The products that we routinely use in our guides and that we receive affiliate commissions from are MalwareBytes, Emsisoft, and SuperAntiSpyware.

### Download Section

In our Download section, we may offer special offers and affiliate links that will generate a commission for the site if you purchase the software.

### Tutorial Section

Some tutorials may discuss or require specific hardware or software that contain affiliate links that will generate a commission for the site if you purchase them.

### Product Reviews

When writing reviews on this site, BleepingComputer uses the following guidelines:

1. When reviewing products, the editors and team members will always provide honest opinions, findings, beliefs, or experiences on those topics or products.
2. We never accept compensation in order to write a review on this site.
3. When writing reviews, we sometimes purchase the product ourselves or are given the product by the company. If we are given the product, it will be stated in the review.
4. After a review is finished, we will return the item if requested. Otherwise, the reviewed item will be kept by staff or given as a promotion on BleepingComputer.com.
5. Advertisers on our site may also be a company whose product we are reviewing. Their advertising, though, will have no bearing on how we review their product

If you have any questions regarding these policies, please free to contact us here: http://www.bleepingcomputer.com/contact/

### LATEST FORUM TOPICS

Latest Windows 10 update changed desktop settings and...
DDE12 in Windows 10 Support

need help w/js
12Strings in Programming

Jan 1 2016 Support for all earlier IE versions will cease.
dannyboy950 in Windows Vista

### NEWSLETTER SIGN UP

To receive periodic updates and news from BleepingComputer, please use the form below.

Email Address...

Submit

### LATEST VIRUS REMOVAL GUIDES

 How to remove Ads by Storm Alerts
LAWRENCE ABRAMS
READ 788 TIMES

 Money Viking Removal Guide
LAWRENCE ABRAMS
READ 774 TIMES

 Oybtfpencref Removal Guide
LAWRENCE ABRAMS
READ 2,421 TIMES

 Computerhelper.site Security Help Page Removal Guide
LAWRENCE ABRAMS
READ 2,151 TIMES

 Remove Ividi.org Browser Hijacker
LAWRENCE ABRAMS
READ 2,279 TIMES



SHOP

### LATEST DOWNLOADS

Windows Repair (All In One)
Version: 3.7.2
552,672 DOWNLOADS

Free Clipboard Viewer
Version: 3.0
497 DOWNLOADS

Zemana AntiMalware
Version: NA
22,380 DOWNLOADS

AdwCleaner
Version: 5.0.2.1
36M+ DOWNLOADS

Unchecky Beta
Version: NA
831 DOWNLOADS



TWO FACTOR AUTHENTICATION
2FA + Advanced Endpoint Security. Protect Your Company- Try A Demo!

### NEWSLETTER SIGN UP

Email Address...     SUBMIT

Follow us:

### MAIN SECTIONS
News
Downloads
Virus Removal Guides
Tutorials
Startup Database
Uninstall Database
File Database
Glossary

### COMMUNITY
Forums
Chat

### USEFUL RESOURCES
Welcome Guide
Sitemap

### COMPANY
About BleepingComputer
Contact Us
Advertising
Social & Feeds
Changelog

User Agreement · Privacy Policy

Copyright @ 2015 Bleeping Computer LLC - All Rights Reserved

# Exhibit 2



Sign In    Create Account

| BleepingComputer.com | Forums | Members | Tutorials | Startup List | More ▾ | | Forum Rules | View New Content | ◉ |

BleepingComputer.com → General Topics → BleepingComputer Announcements, Comments, & Suggestions

 **Register a free account to unlock additional features at BleepingComputer.com**

Welcome to **BleepingComputer**, a free community where people like yourself come together to discuss and learn how to use their computers. Using the site is easy and fun. As a guest, you can browse and view the various discussions in the forums, but can not create a new topic or reply to an existing one unless you are logged in. Other benefits of registering an account are subscribing to topics and forums, creating a blog, and having **no ads** shown anywhere on the site.

**Click here to Register a free account now!** or read our **Welcome Guide** to learn how to use this site.



# Bleeping Computer Membership Descriptions

Started by Animal , Feb 05 2007 12:05 PM

🔒 This topic is locked

No replies to this topic

## Animal                                                                    #1 ⤴

Bleepin' Animinion



**Site Admin**
30,659 posts

OFFLINE

Gender: Male
Location: Where You Least
Expect Me To Be
Local time: 03:33 PM

Posted 05 February 2007 - 12:05 PM

A common question we receive on the site is from people wondering what the various members groups are and how they can join them. As a service to our members we have created this post to answer these questions. The Bleeping Computer Member groups and descriptions are as follows:

**Admin & Site Admins**

The Bleeping Computer Owner, and overall Admin of the site and forums, is Grinler. Grinler, or Lawrence Abrams, manages the operational aspects of Bleeping Computer. Grinler is the highest ranking Staff Member, followed by the Site Admins. The Admins have the final say when appointing all other staff positions and are involved in approving Malware Response Trainee/Team candidates.

The Admin(s) handle all aspects of the site's day-to-day operations. This includes setting configuration options, managing user accounts, and fixing site problems. The Admin(s) are also responsible for virtually all of the inner workings of the forum software features. The Admins are the final arbiter in any decisions affecting the Bleeping Computer forums operational aspect.

The current list of Admins can be found here.

**Global Moderators & Moderators**

A Bleeping Computer Global Moderator or Moderator is someone granted special powers by the Admins to enforce the rules of Bleeping Computer Forums. All moderators on all forums can move discussions to different sections of the forum, "close" discussions to prevent users from continuing to discuss them, as well as edit the content of individual postings. Moderators of both levels answer questions (or help people with problems), and "pin" discussions so they remain visible in their forum section even if no new postings are made to them. Global Moderators have a few additional powers above that of regular Moderators, the most important of which is the ability to suspend forum posting

privileges of members who violate forum rules.

The current list of Global Moderators can be found here.

The current list of Moderators can be found here.

**Bleeping Computer Advisor**

Bleeping Computer Advisors are regular forum contributors who have been nominated by other current Advisors or other members of the staff as a result of their consistently high quality and expert responses to people's questions in the forums; Advisors can be trusted to give correct and understandable answers to our member's questions. Advisors also assist the Moderators with overseeing that the forum is running properly, and smoothly.

The current list of Bleeping Computer Advisors can be found here.

**Malware Response Instructor**

A Bleeping Computer Malware Response Instructor is a Malware Response Team member who has been selected by the Admin(s) to teach the trainees about computer security and how to use specialized tools for malware removal and analysis. The Instructors also play a pivotal role in determining how the trainee program evolves. Trainees look to a Malware Response Instructor for advice and guidance throughout the course. Instructors have moderator capabilities in all Malware removal related forums, including the Study Hall. The Team Instructors have the job of deciding when trainees have sufficiently proven they are "Malware Response Team" material, and make recommendations to the Admins when such a time has come.

The current list of Malware Response Instructors can be found here.

**Malware Response Team Member**

A Bleeping Computer Malware Response Team Member is a volunteer who has permission to respond to Malware removal logs in the Bleeping Computer Malware removal forum. These members have proven themselves to be highly qualified in the removal of malware and are thus given permission to help people with spyware removal via Malware removal logs. A Malware Response Team Member has moderator abilities in Malware removal related forums allowing them to open, close, or merge topics together. The main ethos of the group is the word "team"; these volunteers will often ask various other team members for help if needed. As staff members, the team often works with the moderators by reporting spam posts or informing of members who have broken the site rules. The Malware Response Team members also play a part in the running of the Study Hall, where they are encouraged to answer the questions posted by trainees.

The current list of Malware Response Team members can be found here.

**Malware Study Hall Admin**

A Bleeping Computer Malware Study Hall Admin oversees the Malware Response Instructors as well as the trainees along with managing the curriculum and learning tools for the Malware Removal Training program. The Study Hall Admin is the staff member who promotes the trainees as they progress through the stages of the Study Hall using input from the Instructor team. They also handle the requests to join the Study Hall with the help of the Admin team.

The current list of Malware Study Hall Admins can be found here.

**Malware Trainees**

A Bleeping Computer Malware Study Hall Trainee is a member who has volunteered and has been accepted to join the Bleeping Computer Malware Study Hall training program, which involves gaining the knowledge and studying the theory behind the analysis of Malware removal logs, with the aim of eventually joining the Malware Response Team when Admins and Malware Response Instructors feel they have reached a sufficient level of ability. A trainee has no

moderator privileges. The trainee program is split up into three groups, the "Malware Study Hall Sophomore", the "Malware Study Hall Junior" and the "Malware Study Hall Senior". An explanation of the three groups follows. While the distinctions are very fine, all trainees work in a community, with the aim of helping each other in their goal to join the Malware Response Team.

### Malware Study Hall Sophomore

A Malware Study Hall Sophomore is a trainee in the use of specialized malware removal applications at the entry level. They work on understanding the basics of security and become familiarized with the basic tools of the trade. This is where all new trainees start their journey.

The current list of Malware Study Hall Sophomores can be found here.

### Malware Study Hall Junior

A Malware Study Hall Junior is a trainee that has progressed to the intermediate level. After the basics have been covered and the trainees become more familiar with the tools and the theory, they are moved up to Junior level. That is where the practical aspect of the program is applied. These trainees work actively with the instructing staff and other Team members on example logs and exercises to help them further their learning. When they have reached the end of this part of the program with satisfaction, they are moved up to the next level.

The current list of Malware Study Hall Juniors can be found here.

### Malware Study Hall Senior

A Bleeping Computer Malware Study Hall Senior has proven that he or she is dedicated to the task at hand, and has shown promising signs of progressing through the trainee program. These trainees work actively with the instructors and other team members and you will find them on the open forums helping members with problems under the assistance and supervision of instructors. That is where they can get the real world experience they need before they are given Team member status. Once the admins and instructing staff are satisfied that they are ready, they are moved up to Malware Response Team member status.

The current list of Malware Study Hall Seniors can be found here.

### Member

A Bleeping Computer Member is someone who registers and validates their membership and utilizes the site to their advantage. Some members are active participants while others are not as active; but all members are valued for whatever they bring to the forum/site and community at large. It is not a requirement of membership to be active on the forums.

### Banned Member

A Bleeping Computer Banned member is someone who has violated the terms of use of Bleeping Computer in such manner that it is deemed necessary for the protection of the site and the membership to ban the member. Being banned removes the ability to view or post or interact with Bleeping Computer in any manner.

### Deactivated Member

A deactivated member is one who has asked to have their account deactivated. When this occurs we place the user in this group, change their password to a random one, and remove all topic or forum subscriptions. In the future if they would like to reactivate their account they can notify us.

⚠ **Edited by Animal, 13 May 2014 - 01:53 PM.**
  Clarify Advisor nomination process.

The Internet is so big, so powerful and pointless that for some people it is a complete substitute for life.

Andrew Brown (1938 - 1994)

*Animal*    **Bleepin Animinion**

*A learning experience is one of those things that say, "You know that thing you just did? Don't do that." Douglas Adams (1952-2001)*

*"Imagination is more important than knowledge. Knowledge is limited. Imagination circles the world." Albert Einstein (1879-1955)*

Follow BleepingComputer on: Facebook | Twitter | Google+

⬆ Back to top

## BC AdBot (Login to Remove)



BleepingComputer.com

**Register to remove ads**

Back to BleepingComputer Announcements, Comments, & Suggestions

**1 user(s) are reading this topic**
0 members, 1 guests, 0 anonymous users

BleepingComputer.com   →   General Topics   →   BleepingComputer Announcements, Comments, & Suggestions

Rules · Privacy Policy

Help

Advertise   |   About Us   |   User Agreement   |   Privacy Policy   |   Sitemap   |   Chat   |   RSS Feeds   |   Contact Us

Tech Support Forums   |   Virus Removal Guides   |   Downloads   |   Tutorials   |   The Computer Glossary   |   Uninstall List   |   Startups   |   The File Database

© 2004-2015 All Rights Reserved **Bleeping Computer LLC** .
Site Changelog

Community Forum Software by IP.Board

http://www.bleepingcomputer.com/forums/t/80359/bleeping-computer-membership-descriptions/[12/17/2015 3:33:54 PM]

# Exhibit 3

  Sign In    Create Account

# BLEEPING
# COMPUTER.COM
FROM A BLEEPING COMPUTER TO A WORKING COMPUTER

| BleepingComputer.com | Forums | Members | Tutorials | Startup List | More ▾ | | Forum Rules | View New Content | |

BleepingComputer.com → General Topics → BleepingComputer Announcements, Comments, & Suggestions

**Register a free account to unlock additional features at BleepingComputer.com**

Welcome to **BleepingComputer**, a free community where people like yourself come together to discuss and learn how to use their computers. Using the site is easy and fun. As a guest, you can browse and view the various discussions in the forums, but can not create a new topic or reply to an existing one unless you are logged in. Other benefits of registering an account are subscribing to topics and forums, creating a blog, and having **no ads** shown anywhere on the site.

**Click here to Register a free account now!** or read our **Welcome Guide** to learn how to use this site.

# New Advisor--quietman7
Started by Papakid , Mar 21 2006 10:06 AM

Page 1 of 2    1    2    NEXT

Please log in to reply

15 replies to this topic

## Papakid                                                                 #1 ⤳

Guru at being a Newbie

**Malware Response Team**
6,207 posts

OFFLINE

Gender: Male
Local time: 05:31 PM

Posted 21 March 2006 - 10:06 AM

Quietman7 has quietly been added to the staff here at BC as an advisor. Now we can **shout a warm welcome!!!!**

Congratulations, welcome, and thanks for becoming an even larger asset for BC! 🙄

And I may be obliged to defend
Every love every ending
Or maybe there's no obligations now,
Maybe I've a reason to believe
We all will be received
In Graceland--Paul Simon

⬆ Back to top

## BC AdBot (Login to Remove)

BleepingComputer.com

Register to remove ads

## Grinler                                                                 #2 ⤳

Lawrence Abrams

Posted 21 March 2006 - 10:13 AM

Congrats quietman. First I want to thank you for accepting the position and second I want to wish you a big welcome 🙂



**Admin**
41,936 posts

OFFLINE

Gender: Male
Location: USA
Local time: 06:31 PM

Lawrence Abrams

Become a BleepingComputer fan: **Facebook**
**Follow us on Twitter!**
**Hang with us on LockerDome**
**Circle BleepingComputer on Google+!**

**How to detect vulnerable programs using Secunia Personal Software Inspector** <- Everyone should do this!
**Simple and easy ways to keep your computer safe and secure on the Internet** <- Everyone must read this!

⇧ Back to top

---

**acklan**                                                                                          #3 

Bleepin' cat's meow

Posted 21 March 2006 - 10:18 AM

Congratulations **quietman7**. Good to have you on the team.



*"2007 & 2008 Windows Shell/User Award"*

Members
8,529 posts

OFFLINE

Gender: Not Telling
Location: Baton Rouge, La.
Local time: 06:31 PM

⇧ Back to top

---

**Pandy**                                                                                           #4 ⤴

Bleepin'

Posted 21 March 2006 - 10:38 AM

Quietman7!! I would just like to thank you so very much for accepting us at BC, for taking part and contributing so much here. 🙄 🙄

Members
9,559 posts

OFFLINE

Gender: Female
Local time: 07:31 PM

> Do not anticipate trouble, or worry about what may never happen. Keep in the sunlight.
> Hide not your talents. They for use were made. What's a sundial in the shade?
> ~ Benjamin Franklin
> **I am a Bleeping Computer fan! Are you?**
> **Facebook**
> **Follow us on Twitter**

⇧ Back to top

---

**rms4evr**                                                                                         #5 ⤴

Posted 21 March 2006 - 11:46 AM

Members
812 posts

OFFLINE

Congrats on your promotion, quietman7!!! 🙄

Gender: Female
Location: East Coast
Local time: 07:31 PM

⬆ Back to top

### -David-                                                                #6 ⤴



Members
10,603 posts

OFFLINE

Gender: Male
Location: London
Local time: 12:31 AM

Posted 21 March 2006 - 11:49 AM

Hi **quietman7**!! What a superb choice and i warmly welcome you to the team - thanks for using your expertise to help others, and i hope you continue doing so! You are an asset to *BleepingComputer*, and thanks for all the wonderful security news you have given us.

David

⬆ Back to top

### jgweed                                                                 #7 ⤴



Staff Emeritus
28,473 posts

OFFLINE

Gender: Male
Location: Chicago, Il.
Local time: 06:31 PM

Posted 21 March 2006 - 12:15 PM

I am always pleased to see someone of your talents receive a well-deserved recognition, Quietman7, and want to add my thanks, as well, for all that you contribute towards making BC what it is.

Congratulations.

John

Whereof one cannot speak, thereof one should be silent.

⬆ Back to top

### quietman7                                                              #8 ⤴

Bleepin' Janitor



**Global Moderator**
40,853 posts

ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:31 PM

Posted 21 March 2006 - 12:26 PM

Thanks everyone for the warm welcome. It is a pleasure to be part of the BC staff and I look forward to working with you all. 🙂

Best regards
QM7 (Russ)

**Microsoft MVP - Consumer Security 2007-2015** 

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

⬆ Back to top

### Scarlett                                                               #9 ⤴

Bleeping Diva



Members
7,479 posts

OFFLINE

Gender: Female
Location: As always I'm
beside myself ;)
Local time: 06:31 PM

Posted 21 March 2006 - 01:47 PM

quietman, I am just so very pleased that you have accepted.

Welcome to the staff. 🙄



↑ Back to top

---

stonangel                                                    #10 ⤶



Members
595 posts

OFFLINE

Location: France
Local time: 01:31 AM

Posted 21 March 2006 - 02:20 PM

Congrats quietman7. Well deserved 🙄

 

Olivier

↑ Back to top

---

quietman7                                                    #11 ⤶

Bleepin' Janitor



Global Moderator
40,853 posts

ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:31 PM

Posted 21 March 2006 - 02:32 PM

Thank you Scarlett and Olivier.

**Microsoft MVP - Consumer Security 2007-2015**

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

↑ Back to top

---

Joshuacat                                                    #12 ⤶

01001010 01000011



**BC Advisor**

Posted 21 March 2006 - 06:42 PM

Congrats!! 🙄

**JC**

1,950 posts

OFFLINE

Gender: Male
Location: Ontario, Canada
Local time: 07:31 PM

⇧ Back to top

---

## KoanYorel                                                          #13  ◁

Bleepin' Conundrum



Staff Emeritus
19,461 posts

OFFLINE

Gender: Male
Location: 65 miles due East
of the &quot;Logic Free
Zone&quot;, in Md, USA
Local time: 07:31 PM

Posted 21 March 2006 - 08:03 PM

Thanks again **Quietman7** for all you do here at the BC!

Congrats!

---

The only easy day was yesterday.

...some do, some don't; some will, some won't (WR)

⇧ Back to top

---

## phawgg                                                             #14  ◁

Learning Daily



Members
4,543 posts

OFFLINE

Location: Washington State,
USA
Local time: 03:31 PM

Posted 21 March 2006 - 08:26 PM

As I stumble ever onward gaining information,
it's nice to know quiet words of caution,
calculated appraisals and advice to
others will continue now, with
**Quietman7 BC Advisor**
ever watchful to help.

Thank You! 

---

patiently patrolling, plenty of persistant pests n' problems ...

⇧ Back to top

---

## John L                                                            #15  ◁



Members
90 posts

OFFLINE

Local time: 07:31 PM

Posted 21 March 2006 - 11:55 PM

Congrats Quietman7 🙄

**Please be patient**

Please do not private message me, they will be ignored. If you have a question post it on the board.

ALLIANCE OF SECURITY ANALYSIS PROFESSIONALS

Page 1 of 2   1   2   NEXT

Back to BleepingComputer Announcements, Comments, & Suggestions

**0 user(s) are reading this topic**
0 members, 0 guests, 0 anonymous users

Rules · Privacy Policy

Help

Advertise   |   About Us   |   User Agreement   |   Privacy Policy   |   Sitemap   |   Chat   |   RSS Feeds   |   Contact Us

Tech Support Forums   |   Virus Removal Guides   |   Downloads   |   Tutorials   |   The Computer Glossary   |   Uninstall List   |   Startups   |   The File Database

© 2004-2015 All Rights Reserved **Bleeping Computer LLC** .
Site Changelog

Community Forum Software by IP.Board

# Exhibit 4

Sign In    Create Account

BLEEPING
COMPUTER.COM
FROM A BLEEPING COMPUTER TO A WORKING COMPUTER

This topic

BleepingComputer.com    Forums    Members    Tutorials    Startup List    More ▾    Forum Rules    View New Content    📍

BleepingComputer.com → General Topics → BleepingComputer Announcements, Comments, & Suggestions

**Register a free account to unlock additional features at BleepingComputer.com**

Welcome to **BleepingComputer**, a free community where people like yourself come together to discuss and learn how to use their computers. Using the site is easy and fun. As a guest, you can browse and view the various discussions in the forums, but can not create a new topic or reply to an existing one unless you are logged in. Other benefits of registering an account are subscribing to topics and forums, creating a blog, and having **no ads** shown anywhere on the site.

**Click here to Register a free account now!** or read our **Welcome Guide** to learn how to use this site.

## Big Thank You To Our Newest Global, Quietman7

Started by Grinler , Sep 18 2007 09:58 AM

Page 1 of 2    **1**    2    NEXT

Please log in to reply

28 replies to this topic

### Grinler                                                                    #1 ⤴

Lawrence Abrams

**Admin**
41,936 posts

OFFLINE

Gender: Male
Location: USA
Local time: 06:34 PM

Posted 18 September 2007 - 09:58 AM

I just wanted to thank Quietman7 for accepting the sentence, I mean position, of Global Moderator here at BC. Thanks again for everything you do here.

Lawrence Abrams

Become a BleepingComputer fan: Facebook
Follow us on Twitter!
Hang with us on LockerDome
Circle BleepingComputer on Google+!

How to detect vulnerable programs using Secunia Personal Software Inspector <- Everyone should do this!
Simple and easy ways to keep your computer safe and secure on the Internet <- Everyone must read this!

⇧ Back to top

BC AdBot (Login to Remove)

BleepingComputer.com
Register to remove ads

### KoanYorel                                                                  #2 ⤴

Bleepin' Conundrum       Posted 18 September 2007 - 10:08 AM



Staff Emeritus
19,461 posts

OFFLINE

Gender: Male
Location: 65 miles due East
of the &quot;Logic Free
Zone&quot;, in Md, USA
Local time: 07:34 PM

Congrats QM7!

Thanks for all your hard work here on the BC.

BTW - you do understand you've now given up all your "civil rites" now?
(that's not a misspelling above.)

The only easy day was yesterday.

...some do, some don't; some will, some won't (WR)

⬆ Back to top

---

### jhsmurray                                                                    #3  ⌁



Members
383 posts

OFFLINE

Location: 6,378 km above
the Earth's core
Local time: 07:34 PM

Posted 18 September 2007 - 10:10 AM

Congrats, **Quietman7**! 🙄


Acer Aspire 5732z
OS: Windows 7 Ultimate
Processor: Intel Pentium III Xeon, 2200 MHz
RAM: 3 GB
Display: Mobile Intel GMA 4500M

⬆ Back to top

---

### jgweed                                                                       #4  ⌁



Staff Emeritus
28,473 posts

OFFLINE

Gender: Male
Location: Chicago, Il.
Local time: 06:34 PM

Posted 18 September 2007 - 10:20 AM

Congratulations and thanks for accepting the position (life sentence).
John

Whereof one cannot speak, thereof one should be silent.

⬆ Back to top

---

### DSTM                                                                         #5  ⌁

"Bleepin' Aussie Addict"         Posted 18 September 2007 - 10:21 AM

Congratulations **'Quietman7'** on your well deserved Promotion. 🙄



Members
2,649 posts

OFFLINE

Gender: Male
Location: SYDNEY-AUSTRALIA
Local time: 10:34 AM

⬆ Back to top

| quietman7 | #6 ⤴ |
|---|---|

Bleepin' Janitor



**Global Moderator**
40,854 posts

ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:34 PM

Posted 18 September 2007 - 10:39 AM

Thanks everyone and thanks Grinler for offering the sentence...grrr...I mean position. There are not many sites who will give an ex-cop, now a **"Bleepin' Janitor"** the keys to the kingdom. Usually I only get the keys to the broom closet and back door so I can take out the trash. 😳

**Microsoft MVP - Consumer Security 2007-2015** 

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators 

⬆ Back to top

| lusitano | #7 ⤴ |
|---|---|

Portuguese Malware Fighter



Members
1,443 posts

OFFLINE

Gender: Male
Location: Portugal

Posted 18 September 2007 - 11:31 AM

Congratulations 'Quietman7' on your well deserved Promotion. 😳



Please do not PM me asking for support.
Please be courteous, polite, and say thank you.
**Please post the final results, good or bad. We like to know!**

⬆ Back to top

| Yourhighness | #8 ⤴ |
|---|---|

The BSG Malware Fighter



**Malware Response Team**

Posted 18 September 2007 - 12:21 PM

Thanks and congrats QM7 😳

"**How did I get infected?**" - "**Safe-hex**" - Member of **UNITE** -
Proud member of BleepingComputer                    The Bleeping Silly German

7,943 posts

OFFLINE

Gender: Male
Location: Hamburg
Local time: 01:34 AM

⇧ Back to top

---

**oldf@rt**                                                                    #9  ⤴

Posted 18 September 2007 - 12:29 PM

Congratulations!.

The name says it all -- 59 and holding permanently

**WARNING** Links I provide might cause brain damage

Members
2,609 posts

OFFLINE

Gender: Male
Location: Avondale, Arizona
USA
Local time: 04:34 PM

⇧ Back to top

---

**DASOS**                                                                      #10  ⤴

Malware hunter

Posted 18 September 2007 - 12:48 PM

Thank you!!!!!!!!!!!**quietman7** 😳

Stelios

Security Colleague
1,662 posts

OFFLINE

Gender: Male
Location: Greece loutraki 6
km from korinth canal
Local time: 01:34 AM

Stelios

BleepingComputer Facebook
**Stelios-DASOS & Black_Swan security info**
paper li



⇧ Back to top

---

**Falu**                                                                       #11  ⤴

Posted 18 September 2007 - 01:35 PM

Congrats quietman7, 😊

and thanks a lot for looking after BC!! 😳

Security Colleague

3,001 posts

OFFLINE

Gender: Male
Location: The Netherlands
Local time: 06:34 PM

⬆ Back to top

---

## boopme                                                                        #12  ⌣

To Insanity and Beyond



**Global Moderator**
65,148 posts

OFFLINE

Gender: Male
Location: NJ USA
Local time: 06:34 PM

Posted 18 September 2007 - 03:09 PM

Congrats Quietman7.... an excellent choice

---

How do I get help? Who is helping me ?

For the time will come when men will not put up with sound doctrine. Instead, to suit their own desires, they will gather around them a great number of teachers to say what their itching ears want to hear....

Become a BleepingComputer fan: Facebook  Have you seen.. Select Real Security

⬆ Back to top

---

## -David-                                                                       #13  ⌣



Members
10,603 posts

OFFLINE

Gender: Male
Location: London
Local time: 12:34 AM

Posted 18 September 2007 - 03:24 PM

Congratulations **quietman**! Well done... 🙄

⬆ Back to top

---

## rigel                                                                         #14  ⌣

FD-BC

**BC Advisor**
12,944 posts

OFFLINE

Gender: Male
Location: South Carolina -
USA
Local time: 07:34 PM

Posted 18 September 2007 - 03:27 PM

Congratulations QM7 - Great choice!

---

"In a world where you can be anything, be yourself." ~ unknown
"Fall in love with someone who deserves your heart. Not someone who plays with it. – Will Smith

⬆ Back to top

| quietman7 | #15 ⤴ |
|---|---|

Bleepin' Janitor

**Global Moderator**
40,854 posts

ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:34 PM

Posted 18 September 2007 - 05:24 PM

Thank you all for the kind words. 😊

---

**Microsoft MVP - Consumer Security 2007-2015**

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

⬆ Back to top

Page 1 of 2   **1**   2   **NEXT**

Back to BleepingComputer Announcements, Comments, & Suggestions

**0 user(s) are reading this topic**
0 members, 0 guests, 0 anonymous users

BleepingComputer.com  →  General Topics  →  BleepingComputer Announcements, Comments, & Suggestions

Rules · Privacy Policy

Help

Advertise  |  About Us  |  User Agreement  |  Privacy Policy  |  Sitemap  |  Chat  |  RSS Feeds  |  Contact Us

Tech Support Forums  |  Virus Removal Guides  |  Downloads  |  Tutorials  |  The Computer Glossary  |  Uninstall List  |  Startups  |  The File Database

© 2004-2015 All Rights Reserved **Bleeping Computer LLC** .
Site Changelog

Community Forum Software by IP.Board

# Exhibit 5

f  t          Sign In    Create Account

# BLEEPING
# COMPUTER.COM
FROM A BLEEPING COMPUTER TO A WORKING COMPUTER

Search...          This topic    🔍    ⚙

| BleepingComputer.com | Forums | Members | Tutorials | Startup List | More ▾ | | Forum Rules | View New Content | 📍 |

BleepingComputer.com  →  Security  →  Anti-Virus, Anti-Malware, and Privacy Software

**Register a free account to unlock additional features at BleepingComputer.com**

🔑 Welcome to **BleepingComputer**, a free community where people like yourself come together to discuss and learn how to use their computers. Using the site is easy and fun. As a guest, you can browse and view the various discussions in the forums, but can not create a new topic or reply to an existing one unless you are logged in. Other benefits of registering an account are subscribing to topics and forums, creating a blog, and having **no ads** shown anywhere on the site.

**Click here to Register a free account now!** or read our **Welcome Guide** to learn how to use this site.

## spyhunter vs malwarebytes vs iobit
Started by khafan11 , Sep 28 2014 05:55 AM

Page 1 of 2    1    2    **NEXT**          Please log in to reply

**27 replies to this topic**

---

### khafan11                                                                    #1  ◁

Members
11 posts
OFFLINE

Local time: 03:07 AM

Posted 28 September 2014 - 05:55 AM

hi

i have Avira internet security i want to install anti Malware , spy too

i test this three soft spyhunter and malwarebytes and iobit  but i have problem with each of These . malwarebytes  its make system too slow !! spyhunter use more of 250mb Ram and i dont trust that :d ........

whats your Recommend ?

⬆ Back to top

---

### BC AdBot (Login to Remove)



BleepingComputer.com

Register to remove ads

---

### Condobloke                                                                    #2  ◁

Outback Aussie @ 33.0886°
S, 147.1494° E

Posted 28 September 2014 - 07:02 AM

G'day khafan11, and Welcome to BC.



Members
3,619 posts

ONLINE

Gender: Male
Local time: 10:37 AM

...download from HERE

If your system is running slowly, it is not the fault of malwarebytes....you may have other problems....

iobit is garbage.

spyhunter is no longer recommended by BC

if you are having problems with your PC, please describe those problems to me

---

Condobloke

Outback Australian

**Self-deception** is a process of denying or rationalizing away the relevance, significance, or importance of opposing evidence and logical argument. Self-deception involves convincing oneself of a truth (or lack of truth) so that one does not reveal any self-knowledge of the deception

"If you find yourself at the bottom of a deep hole holding a spade and wondering how you got there, the solution is not to keep digging

⇧ Back to top

---

## quietman7                                                                    #3 ⬦



Bleepin' Janitor

**Global Moderator**
40,854 posts

ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:37 PM

Posted 28 September 2014 - 07:35 AM

**SpyHunter** by *Enigma Software Group USA, LLC* is a program that was previously listed as a **rogue product** on the **Rogue/Suspect Anti-Spyware Products List** because of the company's history of employing **aggressive and deceptive advertising** [1]. It has since been delisted but some users have reported they still engage in deceptive advertising [2]. Newer versions of SpyHunter install it's own "Compact OS" and uses Grub4Dos loader [3] to execute on boot up. The user no longer sees the normal Windows boot menu but instead sees the GRUB menu. In some cases this has caused the computer to go into a continuous loop or experience other issues when attempting to boot. [4],

Unfortunately, AV-Test has not included SpyHunter in their comprehensive testing analysis. If Enigmasoftware's SpyHunter was included, which we hope they attempt to do so, we would get a much clearer picture as to how it compares to other anti-spyware programs in terms of protection, detection, repair and usability.

While there are mixed reviews for SpyHunter, some good and some bad, my main concern is the reports by customers of deceptive pricing, continued demands for payment after requesting a refund, lack of adequate customer support, removal (uninstall) problems and various other issues with their computer as a result of using this product [6]. For example, some users are not aware that when purchasing SpyHunter, they have **agreed to a subscription service with an automatic renewal policy** [6]. This information is in fine print at the bottom of the SpyHunter Purchase Agreement.

> **Quote**
>
> SpyHunter is a 6 month subscription spyware detection/removal service. By making this purchase, customers agree, for their convenience, to be autorenewed every 6 months in order to receive ongoing spyware protection, definition & program updates, custom fixes to their specific spyware problems, and advanced technical support from our Spyware-Helpdesk. You will receive an e-mail notification to opt-out, if you do not wish to be autorenewed.

You may want to read some of the user comments posted on the Complaints Board: Enigma Software Group Spyhunter Complaints & Reviews to see why there are so many concerns regarding this product.

Further, when searching for new malware or malware removal assistance (and removal guides) on the Internet, **it is not unusual to find numerous hits from untrustworthy** sites that provide inadequate removal instructions and then offer a tool that a visitor must purchase before it removes anything. These sites recommend a pay-to-clean program,

rather than a free-to-clean program, because the site owner will make a commission on the sale of the program.
**SpyHunter** (SpyHunter-Installer.exe) is one of the most common removal tools pushed by these sites.

- SpyHunter - Fake security blogs

**SpyHunter is not classified as malware** or **rogue security software** and other antivirus and antimalware vendors do
not target it for removal. Those security vendors which have tried in the past received threats of legal action for
attempting to do so or agreed to legal settlements as a result of litigation brought forth by Enigma Software [7]. See this
Table of Threats and Demands which identifies Enigma as one of the companies to make repeated "*Cease and
Desist*" demands against those companies which detect, remove, and/or criticize their product. Enigma also appears to
consider online community security sites as competitors for evaluating legal options...see Enigma Software, A
Mystery?

In my opinion SpyHunter is a **dubious program** with a high rate of false positives [2]. If you have downloaded and
scanned with SpyHunter, **detection results should be analyzed carefully** before you remove anything. Based on this
information, it is in my opinion that you remove this program and **replace it with highly regarded alternatives such
as** Malwarebytes Anti-Malware [8] or Emsisoft Anti-Malware [9].

If you want to **uninstall SpyHunter, then use the guides and information below to help you**...

The correct way to remove SpyHunter per the vendor, Enigma Software Group, is from within its program group
Uninstall shortcut in Start Menu > All Programs or by using Programs and Features (Add/Remove Programs) in
Control Panel.

- How to Uninstall SpyHunter

Alternatively, you can use a third-party utility like Revo Uninstaller.

Note: Sometimes the uninstall works more effectively if you first ***stop and disable** the program's service* (and
associated processes) or perform the removal in safe mode so there are less processes which can interfere with the
uninstallation.

**SpyHunter4** creates the following **scheduled task** which should be disabled/removed before uninstalling.

```
SpyHunter4Startup "C:\Program Files\Enigma Software Group\SpyHunter\Spyhunter4.exe" /s
```

- How To Enable, Disable or Delete a Task
- Cancel or Delete Scheduled Tasks in Windows

If you have AutoRuns or CCleaner installed, you can also use those tools to disable and remove tasks.

*Some users have reported that you may need to open Windows Explorer, navigate to the following location, look for
and delete a SpyHunter related file named **SHSetup.exe** before uninstalling from Programs and Features
(Add/Remove Programs) in Control Panel.*
*-- **XP**: C:\Documents and Settings\<user name>\Local Settings\Temp*
*-- **Vista, Windows 7/8**: C:\Users\<user name>\AppData\Local\Temp*

---

If the suggested removal methods fail...then you need to Contact ESG Technical Support Team and submit a ticket.

* How to Submit a Customer Support Ticket

Submitting support tickets is only for customers who purchased ESG products. If you are not a paid customer or not
able to logon to their members section, you can try contacting ESG through the Inquiries & Feedback page.

If you feel that SpyHunter or the developer has engaged in deceptive marketing, then I also suggest you write
about your issues on the Complaints Board: Enigma Software Group Spyhunter Complaints & Reviews **and send**

**Enigma an email** (complaints@enigmasoftware.com). If you read through those comments, you will notice that Enigma Representatives will respond to those making complaints.

> **Quote**
>
> I am the Vice President of Technical Support and Research at Enigma Software Group. I read the post above and I would like to let you know that we have an email specifically for complaints. You or anyone can submit a complaint and I can assure you that we will find a suitable solution for any problem that is related to SpyHunter or to our service. **If you have any questions or complaints**, please **send us an email** to **complaints@enigmasoftware.com**. I personally read all emails from that account. At Enigma Software Group, we work hard to maintain the best level of service and make sure that every customer becomes a satisfied customer.
>
> Regards,
> Alec Malaspina
> Enigma Software Group USA, LLC.

I have referred several other members to follow the above instructions and all were successfully assisted by ESG Tech Support with removing SpyHunter.

**References:**

1. http://spywarewarrior.com/de-listed.htm#sh_note
2. https://www.mywot.com/en/scorecard/enigmasoftware.com
3. http://www.bleepstatic.com/fhost/uploads/4/spyhunter-grub.jpg
4. http://www.complaintsboard.com/complaints/spyhunter-software-powder-springs-georgia-c79333.html
5. http://www.bleepingcomputer.com/forums/t/570220/spyhunter-keep-pc-in-a-boot-loop-state/
6. http://www.complaintsboard.com/complaints/enigma-software-group-spyhunter-c262520.html
7. http://www.benedelman.org/spyware/threats/
8. https://www.mywot.com/en/scorecard/malwarebytes.org
9. https://www.mywot.com/en/scorecard/emsisoft.com

---

**Microsoft MVP - Consumer Security 2007-2015**

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

⬆ Back to top

---

**quietman7**                                                                                          #4 ⬘

Bleepin' Janitor



**Global Moderator**
40,854 posts

ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:37 PM

Posted 28 September 2014 - 07:36 AM

In regards to **IOBit** (EvonSoft.com) products, please read:

- Malwarebytes accuses IOBits of stealing their programs malware definitions
- IOBit's Denial of Theft Unconvincing, IOBits piracy
- IOBit Theft Conclusion
- IObit: Trusting Your Antivirus Vendor

.

PC Mag: IObit Security 360 Review

> **Quote**
>
> Poor malware removal left many executables, some actually still running. Poor malware blocking did not prevent installation of malware...it just doesn't do the job of removing malware or preventing malware installation.

.

Although, the Malwarebytes team no longer has an issue with IObit, the vendor's dubious methods would not warrant a recommendation from me to use or trust their software. Further, IOBIT has even been placed into the Installers Hall

of Shame.

**Microsoft MVP - Consumer Security 2007-2015** 

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

⇧ Back to top

---

### khafan11 #5 ⤳

TOPIC STARTER



Members
11 posts

OFFLINE

Local time: 03:07 AM

Posted 28 September 2014 - 11:22 AM

thanks for your Description

i back to malwarebytes , and disable real-time protection : malware protection

works fine and system not slow !!   ❓   i should enable this options , right ?

⚠ Edited by khafan11, 28 September 2014 - 11:23 AM.

⇧ Back to top

---

### quietman7 #6 ⤳

Bleepin' Janitor



**Global Moderator**
40,854 posts

ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:37 PM

Posted 28 September 2014 - 04:07 PM

Are you saying that you have disabled the real-time protection module in Malwarebytes Premium (Pro)? If so, you are losing it's primary benefits.

**Microsoft MVP - Consumer Security 2007-2015**

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

⇧ Back to top

---

### khafan11 #7 ⤳

TOPIC STARTER

Members
11 posts

OFFLINE

Local time: 03:07 AM

Posted 28 September 2014 - 04:35 PM

> quietman7, on 28 Sept 2014 - 1:07 PM, said: ↩
>
> Are you saying that you have disabled the real-time protection module in Malwarebytes Premium (Pro)? If so, you are losing it's primary benefits.

yes, i think not good compilation with avira

⇧ Back to top

## quietman7 #8 

Bleepin' Janitor



**Global Moderator**
40,854 posts

ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:37 PM

Posted 28 September 2014 - 06:08 PM

Malwarebytes Premium is meant to supplement your existing anti-virus. The following quote is a statement from the Malwarebytes Team.

> **Quote**
>
> Malwarebytes Anti-Malware is not meant to be a replacement for antivirus software. Malwarebytes Anti-Malware is a complementary but essential program which detects and removes zero-day malware and "Malware in the Wild". This includes malicious programs and files, such as viruses, worms, trojans, rootkits, dialers, spyware, and rogue applications that many antivirus programs do not detect or cannot fully remove. **It is important to note that Malwarebytes Anti-Malware works well and should run alongside antivirus software without conflicts**. In some rare instances, exclusions may need to be set for your specific antivirus product to achieve the best possible system performance.
>
> Larry Tate
> Product Support

A similar statement is in this HelpDesk Article: [Does Malwarebytes Anti-Malware replace antivirus software?](#)

**Microsoft MVP - Consumer Security 2007-2015** 

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

⬆ Back to top

## Superware #9 



Members
1 posts

OFFLINE

Local time: 05:37 PM

Posted 26 February 2015 - 07:51 PM

Someone help me please. Nothing could remove SpyHunter, I don't wanna buy it!!!!! Could anyone help me!!!!!! 

⬆ Back to top

## quietman7 #10 

Bleepin' Janitor



**Global Moderator**
40,854 posts

ONLINE

Posted 26 February 2015 - 07:57 PM

That information is here in [Post #3](#).

**Microsoft MVP - Consumer Security 2007-2015**

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

**Gender:** Male
**Location:** Virginia, USA
**Local time:** 06:37 PM

⬆ Back to top

---

## 1PW                                                                    #11 



**Members**
269 posts

`OFFLINE`

**Gender:** Male
**Location:** North of the 38th
parallel.
**Local time:** 03:37 PM

Posted 27 February 2015 - 12:30 AM

Hello khafan11:

I have personally used Avira's Free Antivirus with Malwarebytes Pro/Premium, and all options enabled, on a Windows 7 x64 system for years.

When that system is idle, CPU usage is frequently between 0 and 1%.

If a MBAM "Clean Re-install" does not correct your issue, your system may require expert troubleshooting assistance.

⬆ Back to top

---

## quietman7                                                              #12 

Bleepin' Janitor



**Global Moderator**
40,854 posts

 `ONLINE`

**Gender:** Male
**Location:** Virginia, USA
**Local time:** 06:37 PM

Posted 27 February 2015 - 05:40 AM

Useless posting removed.

---

**Microsoft MVP - Consumer Security 2007-2015** 

Member of **UNITE**, Unified Network of Instructors and Trusted Eliminators

⬆ Back to top

---

## georgehenry                                                            #13 



**Members**
208 posts

`OFFLINE`

**Gender:** Male
**Location:** New Romney,
Kent, England.
**Local time:** 11:37 PM

Posted 31 July 2015 - 08:48 AM

I don't know how I got it, but spyhunter 4 appeared on my win7 laptop. Because of my hamfisted attempt to get rid of it, it disappeared from "features and programs" and hid itself away somewhere. I tried looking in all sorts of places, all to no avail. It kept popping up and doing unwanted scans. In desperation I downloaded it again, and then deleted it from the"programs and features". So far it has not reappeared. If this is a well known way to handle this, just ignore it. In my defence, I saw a note on your site asking people to tell how they did things.

⚠ Edited by georgehenry, 31 July 2015 - 08:50 AM.

⬆ Back to top



## quietman7                                                    #14  ⤳

**Bleepin' Janitor**

**Global Moderator**
40,854 posts
ONLINE

Gender: Male
Location: Virginia, USA
Local time: 06:37 PM

Posted 31 July 2015 - 11:49 AM

I provided removal instructions in Post #3 along with contact info for ESG Technical Support if normal removal fails.

Anyway, glad to hear you were able to sort it out yourself.

**Microsoft MVP - Consumer Security 2007-2015**

**Member of UNITE,** Unified Network of Instructors and Trusted Eliminators

⬆ Back to top

## SteveDallas                                                 #15  ⤳

Members
3 posts
OFFLINE

Local time: 05:37 PM

Posted 03 October 2015 - 02:00 PM

Spyhunter is still engaged in decpetive ads and deceptive billing. I just clicked on a product from them for $29.xx and my credit card was charged $69.xx  They will not help you with this. You have to contact their payment processor and the payment processor has limited hours and are not 24/7 like most legitimate payment processors. This is fraud to me and I will never activate and use the product.  I also suspect that many of the items that showed up in the scan were not correct.

⬆ Back to top

Page 1 of 2  **1**  2  [ NEXT ]                Back to Anti-Virus, Anti-Malware, and Privacy Software

         

**9 user(s) are reading this topic**
0 members, 9 guests, 0 anonymous users

BleepingComputer.com  →  Security  →  Anti-Virus, Anti-Malware, and Privacy Software

Rules · Privacy Policy

Help

Advertise  |  About Us  |  User Agreement  |  Privacy Policy  |  Sitemap  |  Chat  |  RSS Feeds  |  Contact Us

Tech Support Forums  |  Virus Removal Guides  |  Downloads  |  Tutorials  |  The Computer Glossary  |  Uninstall List  |  Startups  |  The File Database

© 2004-2015 All Rights Reserved **Bleeping Computer LLC** .
Site Changelog

Community Forum Software by IP.Board

# Exhibit 6

BleepingComputer.com  →  Security  →  Anti-Virus, Anti-Malware, and Privacy Software

**Register a free account to unlock additional features at BleepingComputer.com**

 Welcome to **BleepingComputer**, a free community where people like yourself come together to discuss and learn how to use their computers. Using the site is easy and fun. As a guest, you can browse and view the various discussions in the forums, but can not create a new topic or reply to an existing one unless you are logged in. Other benefits of registering an account are subscribing to topics and forums, creating a blog, and having **no ads** shown anywhere on the site.

**Click here to Register a free account now!** or read our **Welcome Guide** to learn how to use this site.

 ## SpyHunter cannot remove infections
Started by ittiandro , Dec 10 2013 10:10 AM

---

**ittiandro**                                                          Posted 10 December 2013 - 10:10 AM

I have been using this program very successfully for a month or so. It finds and removes tons of spyware and malware no other software sees. Today it found about 600 items, including Conduit search and others which keep creeping in. When I click the FIX button and the computer reboots, I keep getting a pre-booting scrolling with a message " Spyhunter fix not found". As a matter of fact, the spyware is still there on the next scan. Same scenario when I reboot .

How can I solve this problem?

Ittiandro

---

**BC AdBot (Login to Remove)**



# Remove Malware - Free

Quick Malware Removal in 2 minutes. Free Download (Highly Recommended)



---

**buddy215**                                                          Posted 10 December 2013 - 11:03 AM

Uninstall Spy Hunter.
Install MBAM Free: Malwarebytes Anti-Malware Free (http://www.malwarebytes.org/products/)  Run a scan and allow it to delete whatever it finds...including PUPs.

Use these two programs for finding and uninstalling adware.
AdwCleaner Download (http://www.bleepingcomputer.com/download/adwcleaner/)
Junkware Removal Tool Download (http://www.bleepingcomputer.com/download/junkware-removal-tool/)

Spy Hunter's 600 items most likely included 3rd Party/ Ad-Tracking cookies. You can block those from installing. Once you
have blocked from installing, use Ccleaner to remove the ones presently installed and clean up the temporary files and logs including
Ad cookies in Flash.  Be sure to watch for and **UN**check offers of toolbars, etc. No need to use the Registry Cleaning Tool as it may cause more problems.
Disable third-party cookies in IE, Firefox, and Google Chrome | How To - CNET (http://howto.cnet.com/8301-11310_39-20042703-285/disable-third-party-cookies-in-ie-firefox-and-google-chrome/)
CCleaner - PC Optimization and Cleaning - Free Download (http://www.piriform.com/ccleaner)

| quietman7 | Posted 10 December 2013 - 11:04 AM |
|---|---|

**SpyHunter** by Enigma Software Group (ESG) is a program that was previously listed as a **rogue product** on the **Rogue/Suspect Anti-Spyware Products List (http://spywarewarrior.com/de-listed.htm#sh_note)** because of the company's history of employing **aggressive and deceptive advertising**. It has since been delisted but Enigma still engages in deceptive advertising which violates several consumer protection laws in many states. In my opinion it is a **dubious program** which is not very effective compared to others with a proven track record and I would not trust all the detections provided by its scanning engine.

Unfortunately, AV-Test (https://www.av-test.org/en/antivirus/home-windows/) has not included SpyHunter in their comprehensive testing analysis. If Enigmasoftware's SpyHunter was included, which we hope they attempt to do so, we would get a much clearer picture as to how it compares to other anti-spyware programs in terms of protection, detection, repair and usability.

Newer versions of SpyHunter apparently install it's own "Compact OS" and uses Grub4Dos loader to execute on boot up. The user no longer sees the normal Windows boot menu but instead sees the GRUB menu. For some folks this has resulted in SpyHunter causing a continuous loop when attempting to boot and other issues.

Further, when searching for new malware or malware removal assistance (and removal guides) on the Internet, **it is not unusual to find numerous hits from untrustworthy** sites that provide inadequate removal instructions and then offer a tool that a visitor must purchase before it removes anything. These sites recommend a pay-to-clean program, rather than a free-to-clean program, because the site owner will make a commission on the sale of the program. **SpyHunter** (SpyHunter-Installer.exe) is one of the most common removal tools pushed by these sites.

If you have downloaded and scanned with SpyHunter, any detection results should be reviewed carefully. My personal recommendation would be to remove the program and replace it with a trustworthy alternative.

How to Uninstall SpyHunter (http://www.enigmasoftware.com/spyhunter-uninstall-steps/)

Trustworthy alternatives.
* Malwarebytes Anti-Malware (http://www.bleepingcomputer.com/virus-removal/how-to-use-malwarebytes-anti-malware-tutorial)
* SUPERAntiSpyware (http://www.bleepingcomputer.com/virus-removal/how-to-use-superantispyware-tutorial)

| ittiandro | Posted 29 November 2014 - 03:04 PM |
|---|---|

> quietman7, on 10 Dec 2013 - 11:04 AM, said:
>
> Newer versions of SpyHunter apparently installs it's own "Compact OS" and uses Grub4Dos loader to execute on boot up. The user no longer sees the normal Windows boot menu but instead sees the GRUB menu. For some folks this has resulted in SpyHunter causing a continuous loop when attempting to boot.
>
> If you have downloaded and scanned with SpyHunter, any detection results should be viewed with suspicion. My personal recommendation would be to remove the program and replace it with a trustworthy alternative.
>
> How to Uninstall SpyHunter (http://www.enigmasoftware.com/spyhunter-uninstall-steps/)
>
> Trustworthy alternatives.
> * Malwarebytes Anti-Malware (http://www.bleepingcomputer.com/virus-removal/how-to-use-malwarebytes-anti-malware-tutorial)
> * SUPERAntiSpyware (http://www.bleepingcomputer.com/virus-removal/how-to-use-superantispyware-tutorial)

I do have Malwarebytes but  I still haven't lost ALL my hopes with SpyHunter and I'd like to give myself some more time to use it because it has picked up infected Registry entries  which no other apps had previously found.Actually, I have on occasion checked the Registry manually and found those infected  entries were there and removed them.So SpyHunter was correct, afterall! The problem I have now is that for some reason the GRUB4 DOS loader kicks in and this prevents the SPYHunter Fix to be applied .I never had this problem before and I didn't even know about this FRUB4 Dos loader. The spyware has always been removed by SpyHunter at booting without this loader . I'd like to know how can I revert to the normal cleaning process, but I cannot find a way to disable this darn compact loader. Any suggestions?
Thanks

Ittiandro

| quietman7 | Posted 29 November 2014 - 04:01 PM |
|---|---|