```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ENIGMA SOFTWARE GROUP USA, LLC,                               :
                                        Plaintiff,            :
                                                              :         16 Civ. 57 (PAE)
             -v-                                              :
                                                              :         <u>ORDER</u>
BLEEPING COMPUTER LLC,                                        :
                                                              :
                                        Defendant.            :
                                                              :
------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

    Today, the Court held an initial pretrial conference in this case. For the reasons stated at the conference, discovery is stayed pending the Court's resolution of the anticipated motion to dismiss. By April 22, 2016, counsel, along with a representative of each party, are directed to meet and confer regarding the prospects of settlement.

SO ORDERED.

<i>Paul A. Engelmayer</i><br>
_____<br>
Paul A. Engelmayer<br>
United States District Judge

Dated: April 1, 2016
      New York, New York