UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ENIGMA SOFTWARE GROUP USA, LLC,

                Plaintiff,

     -against-

BLEEPING COMPUTER LLC and
DOES 1-10,

                Defendants.
----------------------------------------------------------x

Case No. 1:16-cv-00057 (PAE)

**DECLARATION OF ERIC A. PRAGER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

I, Eric A. Prager, hereby declare as follows:

1. I am an attorney admitted to practice law in the State of New York and am a member of the bar of this Court. I am a partner with the law firm K&L Gates LLP and I am counsel for Plaintiff Enigma Software Group, LLC in the above-captioned action.

2. I submit this Declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

3. Attached hereto as Exhibit 1 is a true and correct copy of the "Advertise on BleepingComputer.com" webpage, located at http://www.bleepingcomputer.com/advertise/.

4. Attached hereto as Exhibit 2 is a true and correct copy of the "Spyhunter keep PC in a boot loop state" thread on the BleepingComputer.com forums, located at http://www.bleepingcomputer.com/forums/t/570220/spyhunter-keep-pc-in-a-boot-loop-state/.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 22, 2016

                                                                 /s/ Eric A. Prager
                                                                  Eric A. Prager