# Exhibit 1



# BLEEPINGCOMPUTER

Search Site

LOGIN     SIGN UP

NEWS ▾     DOWNLOADS ▾     VIRUS REMOVAL GUIDES ▾     TUTORIALS ▾     DEALS ▾     FORUMS     MORE ▾


Learn C++ and Java with our new
**Software Programming Specialization.**
For comprehensive consumer information, visit devry.edu/bcis-ge
DeVry University     LEARN MORE

Home     Advertise on BleepingComputer.com

f  2   🐦  G+  in  ✉

## ADVERTISE ON BLEEPINGCOMPUTER.COM

### Why advertise on BleepingComputer.com?

BleepingComputer.com is an active PC enthusiast and technical support site with over 700,000 members. Our members are enthusiastic about learning technology, computer security, and using new hardware and software to enhance the functionality and usability of their computer.

By advertising on BleepingComputer.com you will have an instant reach to over 3.5 million unique visitors per month.

### How to advertise on BleepingComputer.com

- For standard advertisements (300x250, 728x90, 300x600, etc), site and forum sponsorships, and custom advertising please use the form below to be contacted by our advertising representatives.

- BleepingComputer.com is enrolled in the Google Adsense program. This will allow you to target numerous placements on our site through the use of Google Adwords.

**First Name:**

**Last Name:**

**Title:**

**Email Address:**

**Phone Number:**

**Company:**

**Country:**

Select Country

**City:**

**State Province:**

Please Select

**Monthly Ad Budget:** (please Pick from list)

less than $5K

**Is your Company an Ad Agency?** (Check if yes): ☐

**Comments:**

## LATEST FORUM TOPICS

External Drive, folder is "corrupted and unreadable"
hekainu in External Hardware

UC Browser for PC - The fastest browser on windows
Allappszone in Web Browsing/Email and Other Internet Applications

Possible malware? What is wrong?
SupremeMystique in Virus, Trojan, Spyware, and Malware Removal Logs

## LATEST DOWNLOADS

| | | |
|---|---|---|
| Windows Repair (All In One)  Version: 3.8.6 | 689,451 DOWNLOADS | |
| Hardware Identify  Version: 2.0 | 24,208 DOWNLOADS | |
| RKill  Version: 2.8.4.0 | 8M+ DOWNLOADS | |
| TDSSKiller  Version: NA | 3M+ DOWNLOADS | |
| Delfix  Version: 1.010 | 57,974 DOWNLOADS | |

In order to send this message we use a verification system to ensure that you do not get spammed. Simply click on the the not a robot checkmark below. If reCaptcha can't determine if you are a human or not, it will ask you to select further information. Once you are verified that you are not a spammer, it will put a checkmark in the box and you can press the **Submit** button.



**Submit Query**   **Reset**



**Cisco® ASA NGFW**

The Industry's First Threat-Focused Firewall. Learn More About ASA 5506

**NEWSLETTER SIGN UP**

Email Address...   **SUBMIT**

**Follow us:**

**MAIN SECTIONS**

News
Downloads
Virus Removal Guides
Tutorials
Startup Database
Uninstall Database
File Database
Glossary

**COMMUNITY**

Forums
Chat

**USEFUL RESOURCES**

Welcome Guide
Sitemap

**COMPANY**

About BleepingComputer
Contact Us
Advertising
Social & Feeds
Changelog

User Agreement  -  Privacy Policy

Copyright @ 2003 - 2016 Bleeping Computer® LLC  - All Rights Reserved

http://www.bleepingcomputer.com/advertise/