# Exhibit 2



| | BleepingComputer.com | Forums | Members | Tutorials | Startup List | Virus Removal | Downloads | Uninstall List | Welcome Guide | Forum Rules | View New Content |

BleepingComputer.com  ?  Microsoft Windows Support  ?  Windows 8 and Windows 8.1

**Register a free account to unlock additional features at BleepingComputer.com**

Welcome to **BleepingComputer**, a free community where people like yourself come together to discuss and learn how to use their computers. Using the site is easy and fun. As a guest, you can browse and view the various discussions in the forums, but can not create a new topic or reply to an existing one unless you are logged in. Other benefits of registering an account are subscribing to topics and forums, creating a blog, and having **no ads** shown anywhere on the site.

**Click here to Register a free account now!** or read our **Welcome Guide** to learn how to use this site.

## Spyhunter keep PC in a boot loop state
Started by chesterella , Mar 15 2015 04:07 PM

Please log in to reply

3 replies to this topic

### chesterella  #1

Posted 15 March 2015 - 04:07 PM

Hi, I have installed Spyhunter two days ago, and today I started to get this weird error. What happens is that when I login, a GRUB4DOS screen comes with three options "SpyHunter", "Windows XP" and "Windows Vista/7" (I have installed only Windows 8 and Linux), and then after selecting Spyhunter changes to a blue and grey screen where it starts verifying things. After the verification, it always says that it deleted a file that it found "suspicious" and then restart my computer. The problem is that I simply cannot leave this loop to initialize my system, nor install or make any chances on archives that would maybe solve the problem.

Also, right after selecting "SpyHunter", it says that it is "Searching for Windows", and then "Can't open 'dev/sdc': no medium found". I really don't know what to do. Could anyone please help me with it? Thank you so much.

Members
2 posts
OFFLINE
Local time: 04:58 PM

Back to top

### BC AdBot (Login to Remove)



BleepingComputer.com
Register to remove ads

"Fix Windows Update"
Fast & Easy Windows Update Fix. Takes Just 2 Minutes (Recommended)

### Serious Noize  #2

Posted 15 March 2015 - 05:05 PM

> chesterella, on 15 Mar 2015 - 2:07 PM, said:
>
> Hi, I have installed Spyhunter two days ago, and today I started to get this weird error. What happens is that when I login, a GRUB4DOS screen comes with three options "SpyHunter", "Windows XP" and "Windows Vista/7" (I have installed only Windows 8 and Linux), and then after selecting Spyhunter changes to a blue and grey screen where it starts verifying things. After the verification, it always says that it deleted a file that it found "suspicious" and then restart my computer. The problem is that I simply cannot leave this loop to initialize my system, nor install or make any chances on archives that would maybe solve the problem.
>
> Also, right after selecting "SpyHunter", it says that it is "Searching for Windows", and then "Can't open 'dev/sdc': no medium found". I really don't know what to do. Could anyone please help me with it? Thank you so much.

Members
6 posts
OFFLINE
Local time: 03:58 PM

You should read the thread at this link. It explains everything. Good luck.

http://www.bleepingcomputer.com/forums/t/550005/spyhunter-vs-malwarebytes-vs-iobit/#entry3491488

Back to top

### chesterella  #3

TOPIC STARTER

Posted 15 March 2015 - 06:32 PM

> Serious Noize, on 15 Mar 2015 - 3:05 PM, said:

Members
2 posts
OFFLINE

Local time: 04:58 PM

chesterella, on 15 Mar 2015 - 3:07 PM, said:

> Hi, I have installed Spyhunter two days ago, and today I started to get this weird error. What happens is that when I login, a GRUB4DOS screen comes with three options "SpyHunter, "Windows XP" and "Windows Vista/7" (I have installed only Windows 8 and Linux), and then after selecting Spyhunter changes to a blue and grey screen where it starts verifying things. After the verification, it always says that it deleted a file that it found "suspicious" and then restart my computer. The problem is that I simply cannot leave this loop to initialize my system, nor install or make any chances on archives that would maybe solve the problem.
>
> Also, right after selecting "SpyHunter", it says that it is "Searching for Windows", and then "Can't open 'dev/sdc': no medium found". I really don't know what to do. Could anyone please help me with it? Thank you so much.

> You should read the thread at this link. It explains everything. Good luck.
>
> http://www.bleepingcomputer.com/forums/t/550005/spyhunter-vs-malwarebytes-vs-iobit/#entry3491488

I read the topic, but the problem is that I can't even start Windows anymore! It simply blocked my Operational System! :/ So I can't uninstall, run regedit, etc. I'm simply forever inside this loop :/

**Edited by chesterella, 15 March 2015 - 06:52 PM.**

Back to top

## Serious Noize

#4

Posted 15 March 2015 - 07:32 PM

Members
6 posts
OFFLINE

Local time: 03:58 PM

Do you have your original Windows installation Disc? If so maybe you can boot your system from that disc, if so go to the operating system and select to uninstall SPY HUNTER.

If you can't do that, have you looked in your BIOS to see what your booting options are? You might can change some things from there.

It sounds as though you only have one computer and no other options to get outside resources to fix your system?

Maybe someone more qualified can advise you better than me. I'm not a novice PC user, but I am not someone trained to spot PC problems when I can't see them in front of me.

Good luck.

Back to top

Back to Windows 8 and Windows 8.1

0

**0 user(s) are reading this topic**
0 members, 0 guests, 0 anonymous users

"Fix Windows Update"
Fast & Easy Windows Update Fix. Takes Just 2 Minutes
(Recommended)

BleepingComputer.com ? Microsoft Windows Support ? Windows 8 and Windows 8.1

Rules · Privacy Policy

Help

Advertise | About Us | User Agreement | Privacy Policy | Sitemap | Chat | RSS Feeds | Contact Us
Tech Support Forums | Virus Removal Guides | Downloads | Tutorials | The Computer Glossary | Uninstall List | Startups | The File Database

© 2004-2016 All Rights Reserved **Bleeping Computer LLC** .
Site Changelog

Community Forum Software by IP.Board

