# K&L GATES

April 22, 2016

Eric A. Prager
eric.prager@klgates

T +1 212 536 4827
F +1 212 536 3901

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
40 Centre Street
New York, NY 10007

**Re:    Enigma Software Group v. Bleeping Computer, No. 1:16-cv-00057 (PAE) (S.D.N.Y.)**

Dear Judge Engelmayer:

We represent Plaintiff Enigma Software Group USA, LLC in this case. We are filing today through ECF our client's opposition to Defendant's motion to dismiss. We write to request oral argument in connection with the Court's adjudication of the motion. We believe the motion raises significant Lanham Act and libel issues.

Thank you for your kind consideration.

Respectfully submitted,

Eric A. Prager

cc:    All counsel (via ECF)