USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ENIGMA SOFTWARE GROUP USA, LLC,

                Plaintiff,

    -against-

BLEEPING COMPUTER LLC and
DOES 1-10,

               Defendants.

------------------------------------------------------------x

Case No. 1:16-cv-00057 (PAE)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(A)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure, Plaintiff Enigma Software Group USA, LLC and Defendant Bleeping Computer LLC (collectively, the "Parties") hereby stipulate and agree to dismissal of the above-captioned action, and all claims and counterclaims asserted therein, with prejudice, and with each Party to bear its own costs and fees.

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: February 28, 2017

Respectfully submitted:

/s/
Eric A. Prager
Eric R.I. Cottle
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.536.3900
Facsimile: 212.536.3901
eric.prager@klgates.com
eric.cottle@klgates.com

&

Terry Budd
Christopher M. Verdini
Anna Shabalov
*Admitted Pro Hac Vice*
K&L GATES LLP
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: 412.355.6500
Facsimile: 412.355.6501
terry.budd@klgates.com
christopher.verdini@klgates.com
anna.shabalov@klgates.com

&

Theodore J. Angelis
*Admitted Pro Hac Vice*
K&L GATES LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104
Telephone: 206.370.8101
Facsimile: 206.370.6006
theo.angelis@klgates.com

*Attorneys for Plaintiff Enigma Software Group USA, LLC*

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Telephone: 702.420.2001
Facsimile: 305.437.7662
ecf@randazza.com

Gregory W. Herbert
GREENBERG TRAURIG, P.A.
450 South Orange Avenue, Suite 650
Orlando, FL 32801
Telephone: 407.420.1000
Facsimile: 407.841.1295
herbertg@gtlaw.com

Marc J. Randazza
*Admitted Pro Hac Vice*
RANDAZZA LEGAL GROUP, PLLC
4035 South El Capitan Way
Las Vegas, Nevada 89147
Telephone: 702.420.2001
Facsimile: 305.437.7662
ecf@randazza.com

*Attorneys for Defendant Bleeping Computer LLC*

3/2/17

**SO ORDERED:**

Paul A. Engelmyer
**U.S.D.J.**

JS